MARK FANG, ATTORNEY AT LAW, APC
Mark Fang, Esq.; SBN 199073
William G. Short, Esq.; SBN 132479
215 East Daily Dr., Suite 9
Camarillo, CA 93010
Telephone: (805) 383-2788
Facsimile: (805) 388-9488

Attorney for Plaintiff EVERFLOW TECHNOLOGY CORPORATION

FILED

2007 NOV 14  P 4: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

Fee Paid
$1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),

  Plaintiff,

vs.

MILLENIUM ELECTRONICS, INC., a California corporation,

  Defendant.

Case No. C07 05795 HRL

**COMPLAINT FOR BREACH OF CONTRACT AND COMMON COUNTS**

**DEMAND FOR JURY TRIAL**

### Jurisdiction, Venue and Parties

1.  Jurisdiction is based upon diversity of citizenship under *28 U.S.C. § 1332* in that Plaintiff EVERFLOW TECHNOLOGY CORPORATION is a business entity incorporated under the laws of the Republic of China (Taiwan), having its principal place of business in the Republic of China (Taiwan), and the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00 (seventy five thousand dollars). Venue is proper in this Court and in the San Jose Division pursuant to *28 U.S.C. §*

*1391(a)(1)* in that the Defendant MILLENIUM ELECTRONICS, INC., is a California corporation with its principal place of business in the city of San Jose, California.

**Intradistrict Assignment**

2. This action should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which give rise to this claim occurred in Santa Clara County.

**Claim 1 - Breach of Contract (Common Law)**

3. Plaintiff EVERFLOW TECHNOLOGY CORPORATION (hereinafter "Everflow" and "Plaintiff") has been, and now is, extensively engaged in the specialized business of manufacturing miniature cooling fans. These fans are largely used by large computer manufacturers who, in turn, incorporate them into their computers which are then sold retail. Everflow's fans are found in computer equipment sold, for example, by Sony, Samsung, Fujitsu, Hewlett Packard, AMD, and other well known brands.

4. Defendant MILLENIUM ELECTRONICS, INC. (hereinafter "MEI" and "Defendant"), markets cooling systems directly to computer companies for incorporation into the individual personal computer designs of those companies. MEI purchased Everflow's fans for use as part of MEI's cooling systems which MEI sold to computer manufacturers for incorporation into the final assembly of personal computers units destined for sale to the public.

5. Since January 2005, at the special request of MEI, and in consideration of MEI's promise to pay the purchase price as evidenced by purchase orders and invoices,

Everflow has shipped and delivered the fans and related equipment described on the attached Exhibit A.

6. Everflow fully and in all things performed its part of the agreement described in paragraph 4, in that on the various dates as reflected in Exhibit A, Everflow delivered the goods to MEI in the time and manner and at the place required by the agreement.

7. Immediately following each delivery, Everflow delivered in the regular course of business an invoice to MEI in the various amounts as detailed in Exhibit A.

8. In violation of its promises and obligations under the agreement described in paragraph 4, MEI wrongfully fails and refuses to make payment due for the goods. The total dollar value of invoiced products for which MEI has not paid and currently owes is **$2,040,562.96**.

### Claim 2 - Common Count – Book Account (Common Law)

9. Everflow incorporates herein the allegations of the preceding paragraphs.

10. MEI became indebted to Everflow within the last four years in the sum of $2,040,562.96 for goods, wares, and merchandise sold and delivered to MEI at its special instance and request and for which MEI agreed to pay the above sum. A copy of this account is attached as Exhibit A and made a part hereof.

11. Neither the whole nor any part of the above sum has been paid although a demand therefore has been made, and there is now due, owing, and unpaid the sum of $2,040,562.96, with interest thereon at the legal rate of 10% per annum from the date of each invoice identified on Exhibit A, the earliest of which is dated January 7, 2005.

12. Plaintiff has incurred attorney's fees in connection with this matter, in an amount to be determined at trial, which fees Plaintiff is entitled to recover from Defendant pursuant to Civil Code Section 1717.5.

### Claim 3 - Common Count – Account Stated (Common Law)

13. Everflow incorporates herein the allegations of the preceding paragraphs.

14. At various times Everflow personnel provided to MEI an account stated in writing by and between Everflow and MEI, and on or about October 17, 2007 such statement provided to MEI showed a balance of $2,040,562.96 as due. MEI at various times has agreed that it is indebted to Plaintiff. A copy of the account is attached hereto as Exhibit A and made a part hereof.

15. Although demanded by Plaintiff from Defendant, neither all nor any part of the agreed balance has been paid.

16. There is now due, owing, and unpaid the sum of $2,040,562.96, with interest thereon at the legal rate of 10% per annum from the date of each invoice identified on Exhibit A, the earliest of which is dated January 7, 2005.

### Claim 4 - Common Count – For Work, Labor And Materials (Common Law)

17. Everflow incorporates herein the allegations of the preceding paragraphs.

18. Within the last four years, Defendant became indebted to Plaintiff in the agreed sum of $2,040,562.96 for services and materials provided by Plaintiff at the special request of Defendant.

19. Plaintiff has repeatedly demanded payment from Defendant. The last demand, for the then accumulated sum owing of $2,040,562.96, was made on October 17, 2007.

20. There is now due, owing, and unpaid the sum of $2,040,562.96, with interest thereon at the legal rate of 10% per annum from the date of each invoice identified on Exhibit A, the earliest of which is dated January 7, 2005.

WHEREFORE, Everflow demands:

a. For damages in the sum of $2,040,562.96;

b. For costs of suit herein incurred;

c. For prejudgment interest at the rate of 10% per annum;

d. For attorney fees pursuant to Civil Code section 1717.5; and

e. For such other and further relief as the court may deem proper.

Dated: November 8, 2007     MARK FANG ATTORNEY AT LAW, APC

By:_____
Mark Fang, Esq., Attorney for Plaintiff Everflow Technology Corporation

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury on all issues.

Dated: November 8, 2007     MARK FANG ATTORNEY AT LAW, APC

By:_____
Mark Fang, Esq., Attorney for Plaintiff Everflow Technology Corporation

# EXHIBIT A

## MILLENNIUM ELECTRONICS, INC.

### The Statement of nonpayment list

| ustomer Name | Invoice Date | Invoice Number | PO Number | Model Name | EF Model Name | Q'ty Shipped | Price (USD.) | Amount (USD.) | Payment Amount | Difference in Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| MEI | 01/07/05 | EM050006 | 0007206 | R480-2W(MTHERM-1626-01) | | 5 | 8.50 | 42.50 | 0.00 | (42.50) |
| MEI | 01/07/05 | EM050007 | 0007214 | R480-2W(MTHERM-1626-01) | | 5 | 8.50 | 42.50 | 0.00 | (42.50) |
| MEI | 01/18/05 | EM050013 | | CLIP & SCREW | | 3,000 | 0.21 | 618.75 | 309.38 | (309.37) |
| MEI | 02/01/05 | EM050024 | | CLIP / SCREW / SPREADER | | | | 174.90 | 87.45 | (87.45) |
| MEI | 02/04/05 | EM050030 | | A520-SAMPLE | | 20 | 80.00 | 1,600.00 | 1,360.00 | (240.00) |
| MEI | 06/09/05 | EM050091 | 0007373 | RIALTO (MTHERM-1711-00) | | 50 | 12.350 | 617.50 | 592.80 | (24.70) |
| MEI | 07/19/05 | EM050127 | 0007347 | FAN SINK ASSY(MTHERM-1579-07) | | 100 | 8.170 | 817.00 | 759.50 | (57.50) |
| MEI | 07/21/05 | EM050129 | 0007347 | FAN SINK ASSY(MTHERM-1579-07) | | 200 | 8.170 | 1,634.00 | 1,519.00 | (115.00) |
| MEI | 07/22/05 | EM050130 | 0007347 | FAN SINK ASSY(MTHERM-1579-07) | | 120 | 8.170 | 980.40 | 911.40 | (69.00) |
| MEI | 07/25/05 | EM050132 | 0007347 | FAN SINK ASSY(MTHERM-1579-07) | | 48 | 8.170 | 392.16 | 364.56 | (27.60) |
| MEI | 08/05/05 | EM050134 | 0007347 | FAN SINK ASSY(MTHERM-1579-07) | | 2 | 8.170 | 16.34 | 15.19 | (1.15) |
| MEI | 08/05/05 | EM050135 | 0007348 | FAN SINK ASSY(MTHERM-1579-07) | | 100 | 8.170 | 817.00 | 759.50 | (57.50) |
| MEI | 08/16/05 | EM050147 | 0007348 | FAN SINK ASSY(MTHERM-1579-07) | | 40 | 8.170 | 326.80 | 303.80 | (23.00) |
| MEI | 08/20/05 | EM050150 | 0007348 | FAN SINK ASSY(MTHERM-1579-07) | | 65 | 8.170 | 531.05 | 493.68 | (37.37) |
| MEI | 02/16/06 | EM060029 | 0007625 | MT3-10033 REV.D TRA, AL DIE CAST, R520SS | | 4,400 | 0.124 | 545.60 | 0.00 | (545.60) |
| MEI | 02/16/06 | EM060029 | 0007625 | TOOLING CHARGE | | 1 | 1,450.000 | 1,450.00 | 0.00 | (1,450.00) |
| MEI | 03/03/06 | EM060041 | 0007638 | VGA COOLER MT2-10019 REV.3 | | 1,000 | 11.395 | 11,395.00 | 0.00 | (11,395.00) |
| MEI | 04/19/06 | EM060083 | 0007621 | FAN SINK ASSY(MTHERM-1579-07) | | 150 | 8.170 | 1,225.50 | 0.00 | (1,225.50) |
| MEI | 04/27/06 | EM060090 | 0007621 | FAN SINK ASSY(MTHERM-1579-07) | | 600 | 8.170 | 4,902.00 | 0.00 | (4,902.00) |
| MEI | 05/18/06 | EM060095 | 0007751 | VGA COOLER R580 MT2-10020 REV.D | | 3,100 | 13.950 | 43,245.00 | 0.00 | (43,245.00) |
| MEI | 08/02/06 | EM060116 | 0007813 | VGA COOLER MTHERM-1626-01 REV.E | | 140 | 8.300 | 1,162.00 | 0.00 | (1,162.00) |
| MEI | 08/02/06 | EM060115 | 0007804 | VGA COOLER MT2-10020 REV.D | | 110 | 15.750 | 1,732.50 | 0.00 | (1,732.50) |
| MEI | 08/02/06 | EM060115 | 0007821 | VGA COOLER MT2-10020 REV.D | | 2,010 | 15.800 | 31,758.00 | 0.00 | (31,758.00) |
| MEI | 08/07/06 | EM060117 | 0007799 | VGA COOLER MT2-10078 REV.A | | 3,000 | 15.750 | 47,250.00 | 0.00 | (47,250.00) |
| MEI | 08/09/06 | EM060118 | 0007802 | VGA COOLER MT2-10047 REV.C | | 2,105 | 15.940 | 33,553.70 | 0.00 | (33,553.70) |
| MEI | 09/20/06 | EM060144 | 0007864 | VGA COOLER R600 MT2-10036 REV.28 | | 238 | 20.000 | 4,760.00 | 0.00 | (4,760.00) |
| MEI | 09/22/06 | EM060145 | 0007837 | VGA COOLER R580 MT2-10020 REV.D | | 720 | 15.800 | 11,376.00 | 0.00 | (11,376.00) |
| MEI | 09/22/06 | EM060145 | 0007837 | VGA COOLER R580 MT2-10077 REV.A | | 200 | 15.750 | 3,150.00 | 0.00 | (3,150.00) |
| MEI | 09/22/06 | EM060146 | 0007862 | VGA COOLER MT2-10077 REV.A | | 250 | 15.750 | 3,937.50 | 0.00 | (3,937.50) |
| MEI | 09/25/06 | EM060146 | 0007869 | VGA COOLER MT2-10090 REV.A | | 1,500 | 16.100 | 24,150.00 | 0.00 | (24,150.00) |
| MEI | 09/25/06 | EM060146 | 0007883 | VGA COOLER MT2-10090 REV.A | | 72 | 16.100 | 1,159.20 | 0.00 | (1,159.20) |
| MEI | 09/25/06 | EM060147 | 0007864 | Tooling for R600 tray | | 1 | 3,000.000 | 3,000.00 | 0.00 | (3,000.00) |
| MEI | 01/09/07 | EM070003 | 0007939 | MTHERM-1626-01 | R4802W102 | 300 | 8.300 | 2,490.00 | 0.00 | (2,490.00) |
| MEI | 01/11/07 | EM070004 | 0007904 | MT2-10020 REV.D Cancelation charge | R58088622 | 2,400 | 14.255 | 34,212.00 | 0.00 | (34,212.00) |
| MEI | 01/15/07 | EM070005 | 0007924 | VGA COOLER MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.100 | 32,361.00 | 14,094.60 | (18,266.40) |

| Customer Name | Invoice Date | Invoice Number | PO Number | Model Name | EF Model Name | Qty Shipped | Price (USD.) | Amount (USD.) | Payment Amount | Difference in Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| MEI | 01/18/07 | EM070008 | 0007949 | VGA COOLER MT2-10078 REV.A | R58088624 | 450 | 15.750 | 7,087.50 | 0.00 | (7,087.50) |
| MEI | 01/29/07 | EM070010 | 0007914 | VGA COOLER R600XTX MT2-10036 REV.A | B128025BUAR600P | 700 | 19.920 | 13,944.00 | 0.00 | (13,944.00) |
| MEI | 01/29/07 | EM070009 | 0007924 | VGA COOLER MT2-10090 REV.A | B127530BUAR580A | 980 | 16.100 | 15,778.00 | 0.00 | (15,778.00) |
| MEI | 01/29/07 | EM070009 | 0007960 | VGA COOLER R600XTX MT2-10036 REV.A | B128025BUAR600P | 300 | 19.920 | 5,976.00 | 0.00 | (5,976.00) |
| MEI | 02/05/07 | EM070011 | 0007927 | VGA COOLER MT2-10090 REV.A | B127530BUAR580A | 1,830 | 16.100 | 29,463.00 | 0.00 | (29,463.00) |
| MEI | 02/05/07 | EM070011 | 0007951 | VGA COOLER MT2-10090 REV.A | B127530BUAR580A | 1,050 | 16.100 | 16,905.00 | 0.00 | (16,905.00) |
| MEI | 02/08/07 | EM070012 | 0007888 | Cancellation charge for R580 finish goods | R58088622 | 780 | 15.800 | 12,324.00 | 0.00 | (12,324.00) |
| MEI | 02/10/07 | EM070017 | 0007984 | VGA COOLER MT2-10078 REV.A | R58088624 | 390 | 15.750 | 6,142.50 | 0.00 | (6,142.50) |
| MEI | 02/10/07 | EM070017 | 0007978 | VGA COOLER MT2-10020 REV.D | R58088622 | 420 | 15.800 | 6,636.00 | 0.00 | (6,636.00) |
| MEI | 02/16/07 | EM070019 | 0007974 | VGA COOLER MT2-10122 REV.8 | B128025BUARV630 | 1 | 8.610 | 8.61 | 0.00 | (8.61) |
| MEI | 02/16/07 | EM070015 | 0007974 | Tooling for RV630 L heatsink diecast | | 1 | 4,414.500 | 4,414.50 | 0.00 | (4,414.50) |
| MEI | 02/16/07 | EM070015 | 0007974 | Tooling for RV630 I heatsink diecast | | 1 | 3,685.500 | 3,685.50 | 0.00 | (3,685.50) |
| MEI | 03/03/07 | EM070020 | 0007974 | MT2-10122 REV.8 | B128025BUARV630 | 98 | 8.610 | 843.78 | 0.00 | (843.78) |
| MEI | 03/03/07 | EM070021 | 0007951 | MT2-10090 REV.A | B127530BUAR580A | 960 | 16.100 | 15,456.00 | 0.00 | (15,456.00) |
| MEI | 03/03/07 | EM070021 | 0007980 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.100 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 03/07/07 | EM070022 | 0007974 | MT2-10122 REV.8 | B128025BUARV630 | 1 | 8.610 | 8.61 | 0.00 | (8.61) |
| MEI | 03/10/07 | EM070023 | 0008010 | MT2-10078 REV.A | R58088624 | 1,800 | 15.750 | 28,350.00 | 0.00 | (28,350.00) |
| MEI | 03/14/07 | EM070024 | 0007994 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.100 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 03/14/07 | EM070024 | 0007994 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.100 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 03/14/07 | EM070024 | 0008016 | MT2-10078 REV.A | R58088624 | 54 | 15.750 | 850.50 | 0.00 | (850.50) |
| MEI | 03/17/07 | EM070025 | 0008012 | MT2-10011 Cover | 200024512 | 2,000 | 0.900 | 1,800.00 | 0.00 | (1,800.00) |
| MEI | 03/21/07 | EM070026 | 0007978 | MT2-10020 REV.D | R58088622 | 810 | 15.800 | 12,798.00 | 0.00 | (12,798.00) |
| MEI | 03/21/07 | EM070026 | 0007994 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.100 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 03/21/07 | EM070027 | 0007994 | Rework Charge for MT2-10090 REV.A | B127530BUAR580A | 2,010 | 3.987 | 8,013.87 | 0.00 | (8,013.87) |
| MEI | 03/27/07 | EM070028 | 0007994 | Rework Charge for MT2-10090 REV.A | B127530BUAR580A | 4,020 | 3.987 | 16,027.74 | 0.00 | (16,027.74) |
| MEI | 03/27/07 | EM070029 | 0007994 | MT2-10090 REV.A | B127530BUAR580A | 960 | 16.100 | 15,456.00 | 0.00 | (15,456.00) |
| MEI | 03/27/07 | EM070029 | 0008021 | MT2-10078 REV.A | R58088624 | 2,000 | 15.750 | 31,500.00 | 0.00 | (31,500.00) |
| MEI | 03/27/07 | EM070030 | 0007994 | Rework Charge for MT2-10090 REV.A | B127530BUAR580A | 960 | 3.987 | 3,827.52 | 0.00 | (3,827.52) |
| MEI | 04/01/07 | EM070031 | 0008001 | MT2-10090 REV.A | B127530BUAR580A | 1,090 | 16.100 | 17,549.00 | 0.00 | (17,549.00) |
| MEI | 04/01/07 | EM070031 | 0008001 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.100 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 03/31/07 | EM070032 | 0008001 | Rework Charge for MT2-10090 REV.A | B127530BUAR580A | 3,100 | 3.987 | 12,359.70 | 0.00 | (12,359.70) |
| MEI | 04/09/07 | EM070033 | 0008017 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.100 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 04/09/07 | EM070033 | 0008009 | MT2-10020 REV.D | R58088622 | 960 | 15.800 | 15,168.00 | 0.00 | (15,168.00) |
| MEI | 04/09/07 | EM070034 | 0008017 | Rework Charge for MT2-10090 REV.A | B127530BUAR580A | 1,170 | 3.987 | 4,664.79 | 0.00 | (4,664.79) |
| MEI | 04/13/07 | EM070037 | 0008042 | SCREW | 100120372 | 6,000 | 0.000 | 18.75 | 0.00 | (18.75) |
| MEI | 04/13/07 | EM070037 | 0008042 | SCREW | 100120192 | 10,000 | 0.000 | 31.25 | 0.00 | (31.25) |
| MEI | 04/13/07 | EM070036 | 0008037 | MT2-10020 REV.D | R58088622 | 2,400 | 15.800 | 37,920.00 | 0.00 | (37,920.00) |
| MEI | 04/28/07 | EM070038 | 0008017 | MT2-10090 REV.A | B127530BUAR580A | 2,970 | 16.100 | 47,817.00 | 0.00 | (47,817.00) |
| MEI | 05/10/07 | EM070039 | 0008017 | MT2-10090 REV.A | B127530BUAR580A | 1,050 | 16.100 | 16,905.00 | 0.00 | (16,905.00) |
| MEI | 05/28/07 | EM070040 | 0008025 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.100 | 32,361.00 | 0.00 | (32,361.00) |

| ustomer Name | Invoice Date | Invoice Number | PO Number | Model Name | EF Model Name | Qty Shipped | Price (USD.) | Amount (USD.) | Payment Amount | Difference in Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| MEI | 05/28/07 | EM070040 | 0008053 | MT2-10020 REV.D | R58088622 | 1,680 | 15.800 | 26,544.00 | 0.00 | (26,544.00) |
| MEI | 05/30/07 | EM070041 | 0008048 | P25 (MTHEMR-1579-07) | P2566001 | 2,000 | 8.650 | 17,300.00 | 0.00 | (17,300.00) |
| MEI | 06/01/07 | EM070042 | 0008048 | 46-345105-01 | P2566001 | 1,450 | 8.65 | 12,542.50 | 0.00 | (12,542.50) |
| MEI | 06/07/07 | EM070043 | 0008025 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.10 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 06/07/07 | EM070043 | 0008025 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.10 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 06/07/07 | EM070043 | 0008064 | MT2-10020 REV.D | R58088622 | 500 | 15.80 | 7,900.00 | 0.00 | (7,900.00) |
| MEI | 06/08/07 | EM070044 | 0008064 | MT2-10020 REV.D | R58088622 | 1,000 | 15.80 | 15,800.00 | 0.00 | (15,800.00) |
| MEI | 06/08/07 | EM070044 | 0008048 | 46-345105-01 | P2566001 | 500 | 8.65 | 4,325.00 | 0.00 | (4,325.00) |
| MEI | 06/11/07 | EM070046 | 0008062 | R480-2W(MTHERM-1626-01) | R4802W102 | 240 | 8.30 | 1,992.00 | 0.00 | (1,992.00) |
| MEI | 06/12/07 | EM070046 | 0008062 | R480-2W(MTHERM-1626-01) | R4802W102 | 60 | 8.30 | 498.00 | 0.00 | (498.00) |
| MEI | 06/12/07 | EM070045 | 0008025 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.10 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 06/12/07 | EM070046 | 0008048 | 46-345105-01 | P2566001 | 50 | 8.65 | 432.50 | 0.00 | (432.50) |
| MEI | 06/22/07 | EM070047 | 0008070 | MT2-10090 REV.A | B127530BUAR580A | 1,020 | 16.10 | 16,422.00 | 0.00 | (16,422.00) |
| MEI | 06/22/07 | EM070047 | 0008071 | MT2-10020 REV.D | R58088622 | 2,700 | 15.80 | 42,660.00 | 0.00 | (42,660.00) |
| MEI | 06/24/07 | EM070049 | 0008070 | MT2-10090 REV.A | B127530BUAR580A | 510 | 16.10 | 8,211.00 | 0.00 | (8,211.00) |
| MEI | 06/24/07 | EM070049 | 0008070 | MT2-10090 REV.A | B127530BUAR580A | 990 | 16.10 | 15,939.00 | 0.00 | (15,939.00) |
| MEI | 06/25/07 | EM070048 | 0008087 | MT2-10036 REV.A(For sample charge) | B128025BUAR600P | 10 | 18.48 | 184.80 | 0.00 | (184.80) |
| MEI | 07/02/07 | EM070050 | 0008070 | MT2-10090 REV.A | B127530BUAR580A | 1,960 | 16.10 | 31,556.00 | 0.00 | (31,556.00) |
| MEI | 07/02/07 | EM070050 | 0008070 | MT2-10090 REV.A | B127530BUAR580A | 1,500 | 16.10 | 24,150.00 | 0.00 | (24,150.00) |
| MEI | 07/02/07 | EM070050 | 0008074 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.10 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 07/02/07 | EM070050 | 0008095 | MT2-10090 REV.A | B127530BUAR580A | 50 | 16.10 | 805.00 | 0.00 | (805.00) |
| MEI | 07/06/07 | EM070051 | 0008075 | MT2-10020 REV.D | R58088622 | 3,700 | 15.80 | 58,460.00 | 0.00 | (58,460.00) |
| MEI | 07/06/07 | EM070051 | 0008009 | MT2-10020 REV.D | R58088622 | 30 | 15.80 | 474.00 | 0.00 | (474.00) |
| MEI | 07/06/07 | EM070051 | 0008009 | MT2-10020 REV.D | R58088622 | 1,260 | 15.80 | 19,908.00 | 0.00 | (19,908.00) |
| MEI | 07/12/07 | EM070052 | 0008079 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.10 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 07/12/07 | EM070052 | 0008079 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.10 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 07/12/07 | EM070052 | 0008009 | MT2-10090 REV.D | R58088622 | 60 | 15.80 | 948.00 | 0.00 | (948.00) |
| MEI | 07/12/07 | EM070052 | 0008009 | MT2-10020 REV.D | R58088622 | 30 | 15.80 | 474.00 | 0.00 | (474.00) |
| MEI | 07/19/07 | EM070053 | 0008080 | MT2-10090 REV.A | B127530BUAR580A | 50 | 16.10 | 805.00 | 0.00 | (805.00) |
| MEI | 07/19/07 | EM070053 | 0008080 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.10 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 07/24/07 | EM070054 | 0008080 | MT2-10090 REV.A | B127530BUAR580A | 1,600 | 16.10 | 25,760.00 | 0.00 | (25,760.00) |
| MEI | 07/24/07 | EM070054 | 0008080 | MT2-10090 REV.A | B127530BUAR580A | 410 | 16.10 | 6,601.00 | 0.00 | (6,601.00) |
| MEI | 07/24/07 | EM070054 | 0008080 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.10 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 07/24/07 | EM070054 | 0008080 | MT2-10090 REV.A | B127530BUAR580A | 2,010 | 16.10 | 32,361.00 | 0.00 | (32,361.00) |
| MEI | 08/10/07 | EM070055 | 0008121 | MT2-10036 REV.A | B128025BUAR600P | 1,260 | 19.92 | 25,099.20 | 0.00 | (25,099.20) |
| MEI | 08/15/07 | EM070057 | 0008082 | MT2-10020 REV.D | R58088622 | 1,200 | 15.80 | 18,960.00 | 0.00 | (18,960.00) |
| MEI | 08/23/07 | EM070060 | 0008090 | MT2-10020 REV.D | R58088622 | 2,500 | 15.80 | 39,500.00 | 0.00 | (39,500.00) |
| MEI | 08/31/07 | EM070061 | 0008121 | MT2-10036 REV.A | B128025BUAR600P | 1,560 | 19.92 | 31,075.20 | 0.00 | (31,075.20) |
| MEI | 09/08/07 | EM070062 | 0008119 | MT2-10020 REV.D | R58088622 | 2,400 | 15.80 | 37,920.00 | 0.00 | (37,920.00) |

| Customer Name | Invoice Date | Invoice Number | PO Number | Model Name | EF Model Name | Q'ty Shipped | Price (USD.) | Amount (USD.) | Payment Amount | Difference in Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| MEI | 09/10/07 | EM070063 | 0008118 | MT2-10020 REV.D | R58088622 | 2,370 | 15.80 | 37,446.00 | 0.00 | (37,446.00) |
| MEI | 09/10/07 | EM070063 | 0008125 | MT2-10020 REV.D | R58088622 | 1,020 | 15.80 | 16,116.00 | 0.00 | (16,116.00) |
| MEI | 09/17/07 | EM070064 | 0008118 | MT2-10020 REV.D | R58088622 | 130 | 15.80 | 2,054.00 | 0.00 | (2,054.00) |
| MEI | 09/17/07 | EM070064 | 0008120 | MT2-10090 REV.A | B127530BUAR580A | 6,030 | 16.10 | 97,083.00 | 0.00 | (97,083.00) |
| MEI | 09/28/07 | EM070065 | 0008121 | MT2-10036 REV.A | B128025BUAR600P | 2,000 | 19.92 | 39,840.00 | 0.00 | (39,840.00) |
| MEI | 09/28/07 | EM070066 | 0008121 | MT2-10036 REV.A | B128025BUAR600P | 513 | 19.92 | 10,218.96 | 0.00 | (10,218.96) |
| MEI | 09/28/07 | EM070066 | 0008127 | MT2-10036 REV.A | B128025BUAR600P | 1,287 | 19.92 | 25,637.04 | 0.00 | (25,637.04) |
| MEI | 09/28/07 | EM070067 | 0008129 | MT2-10020 REV.D | R58088622 | 2,500 | 15.80 | 39,500.00 | 0.00 | (39,500.00) |
| MEI | 09/28/07 | EM070067 | 0008121 | MT2-10020 REV.D | R58088622 | 2,010 | 15.80 | 31,758.00 | 0.00 | (31,758.00) |
| MEI | 10/12/07 | EM070068 | 0008121 | MT2-10036 REV.A Cancellation charge | B128025BUAR600P | 4,280 | 20.00 | 85,600.00 | 0.00 | (85,600.00) |
| TOTAL : | | | | | | 167,968 | | 2,145,792.22 | 21,570.86 | (2,124,221.36) |

Page4