AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me ¹   DATE 11/21/2007

Name of SERVER: Lourdes Zach    TITLE: Secretary

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally Served GKL Corporate/Search, Inc.-its Agent for Service of Process for the Defendant. Received by: Jennifer Geordge-Client Services Representative

### STATEMENT OF SERVICE FEES

TRAVEL    SERVICES $45.00    TOTAL $45.00

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-21-2007
Date

Signature of Server

Address of Server
Sacramento Attorneys Service, Inc.
1005 12th Street, Suite F, Sacramento, CA 95814

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MARK FANG, ESQ.<br>215 East Daily Drive, Suite 9<br>Camarillo, CA. 93010<br>TELEPHONE NO.: 805-383-2788   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: Everflow Technology Corporation
DEFENDANT/RESPONDENT: Millenium Electronics, Inc,

CASE NUMBER: C07 05795

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* 1. Order Setting Initial Case Management Conf. and ADR Deadlines, and 2. E-Filer Information Packet.
3. a. Party served *(specify name of party as shown on documents served):*
      Millenium Electronics, Inc., a California Corporation
   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      GKL Corporate/Search, Inc.-Its Agent For Service of Process, received by: Jennifer Geordge-
      Client Serv. Representative.
4. Address where the party was served:
   915 L Street, Suite 1250, Sacramento, CA 95814
5. I served the party *(check proper box)*
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 11-21-07   (2) at *(time):* 9:22am
   b. [ ] by substituted service. On *(date):*   at *(time):*   I left the documents listed in Item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: Everflow Technology Corporation | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Millenium Electronics, Inc, | C07 05795 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                            (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                      ☐ other:

7. **Person who served papers**
  a. Name: Lourdes Zach c/o Sacramento Attorneys Service, Inc.
  b. Address: 1005 12th Street, Suite F, Sacramento, CA 95814
  c. Telephone number: 800-499-1180
  d. The fee for service was: $ 45.00
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 11-21-07

Lourdes Zach
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                         ▶ *(signature)*