1  Mark R. Figueiredo, Esq. (State Bar No. 178850)
   Jonathan H. Van Ee, Esq. (State Bar No. 214129)
2  STRUCTURE LAW GROUP, LLP
   1754 Technology Drive, Suite 135
3  San Jose, California  95110
   (408) 441-7500
4  (408) 228-8787 fax
   mrf@structurelaw.com
5  jve@structurelaw.com

6  Attorneys for Defendant
   MILLENNIUM ELECTRONICS, INC.
7

8
               **UNITED STATES DISTRICT COURT**
9
               **NORTHERN DISTRICT OF CALIFORNIA**
10
                       **SAN JOSE DIVISION**
11

12

13  EVERFLOW TECHNOLOGY              Case No. C07-05795 HRL
    CORPORATION, incorporated under the
14  laws of the Republic of China (Taiwan),   **DECLINATION TO PROCEED BEFORE A**
                                              **MAGISTRATE JUDGE AND REQUEST**
15                                            **FOR REASSIGNMENT TO A UNITED**
                    Plaintiff,                **STATES DISTRICT JUDGE**
16              v.

17  MILLENIUM ELECTRONICS, INC., a
    California corporation,
18
                    Defendant.
19

20

21
           REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
22
           Defendant Millennium Electronics, Inc. hereby declines to consent to the assignment of
23
    this case to a United States Magistrate Judge for trial and disposition and hereby requests the
24
    reassignment of this case to a United States District Judge.
25
    \ \ \
26

27

28

---

1  The electronic filer attests that the individual whose name appears below has signed this
2  document. See N.D. Cal. General Order 45, Section X.

3  Dated: December 6, 2007                STRUCTURE LAW GROUP, LLP

By:            / s /
    Mark R. Figueiredo
    Attorneys for Defendant
    MILLENNIUM ELECTRONICS, INC.