UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Everflow Technology Corporation incorporated under the laws of the Republic of China (Taiwan),<br><br>       Plaintiff,<br><br>   v.<br><br>Millenium Electronics, Inc., a California corporation,<br><br>       Defendant.<br>_____/ | No. C07-05795<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 4, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **March 7, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on February 29, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: December 6, 2007                     RICHARD W. WIEKING, Clerk
                                                              United States District Court


                                                                 /s/ *Patty Cromwell*
                                                              By: Patty Cromwell, Courtroom Deputy
                                                              to Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Mark M Fang , Esq    MFang@MarkFangAPC.com
5  Mark Figueiredo    mrf@structurelaw.com, cwong@structurelaw.com, jve@structurelaw.com,
6  mhoang@structurelaw.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28