**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
————————
www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                             408.535.5364


December 6, 2007


**CASE NUMBER:  CV 07-05795 HRL**
**CASE TITLE:  EVERFLOW TECHNOLOGY CORPORATION-v-MILLENIUM ELECTRONICS, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/06/07


FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies               Special Projects
Log Book Noted                                        Entered in Computer 12/06/07 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA