# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 7F-3, No.16, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.
TEL : 886-2-2662-7100  FAX : 886-2-2662-6783

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong P China
TEL : 86-769-372-7161  FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO. **EM050091**  
Date: **06/09/05**

INVOICE of **VGA COOLER**

For account and risk of Messrs. **MILLENNIUM ELECTRONICS INC.**

**671 E. BROKAW ROAD SAN JOSE. CA 95112**

Shipped by **EVERFLOW TECHNONLOGY CORP.**

From **CHINA** to **SAN FRANCISCO**

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Gross Weight |
|---|---|---|---|---|
| MEI (IN DIA) PO:30139133 | VGA COOLER RIALTO MTHERM-1711-00 | 50 PCS | 12.350 | USD 617.50 |
| MEI P/N:MTHERM-1711-00 CUSTOMER P/N:7120023700G Q'TY:50 PCS VENDOR:MEI INTERNATIONAL C/N: 1 MADE IN CHINA | M2*8 SCREW  BRAND:ATI | 200 PCS | | |
| | | 250 PCS | | USD 617.50 |

SAY TOTAL US DOLLARS SIX HUNDRED SEVENTEEN AND FIFTY ONLY.

EVERFLOW TECHNOLOGY CORP.

(Authorized Siganature)

**Exhibit A-1**

ORIGINAL

**Millennium**
*ELECTRONICS INC.*
671 E. BROKAW RD., SAN JOSE CA 95112
EMAIL: info@mei-millennium.com
MAIN PHONE: (408) 467-9980
ACCTG FAX: (408) 573-1833/MAIN FAX:
(408) 467-9988

# PURCHASE ORDER
NEW ORDER

Page 1 of 1

P.O. NUMBER: **0007373**
ORDER DATE: 05/19/05
VENDOR NUMBER: EVE0002
CONTROL #: 30139133

VENDOR:
EVERFLOW TECHNOLOGY CORP.
7F-3, NO.16, LANE 270,
SEC.3, BEIHEN RD., SHENKENG
SHIANG, TAIPEI, TAIWAN
CONFIRM TO: PETER CHIU

SHIP TO:
MILLENNIUM ELECTRONICS, INC.
ATTN: JANEL LORO
671 EAST BROKAW ROAD
SAN JOSE, CA 95112

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| DS-FRT.FRWDER | TAIWAN | TT 45 DAYS |

| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|
| MTHERM-1711-00 RAPTOR 2 ASSY DUAL SLOT HIGH E | 20 | 0 | 0 | 12.3500 | 247.00 |
| VENDOR P/N: | | SHIP DATE: | 05/19/2005 | | |
| MTHERM-1711-00 RAPTOR 2 ASSY DUAL SLOT HIGH E | 50 | 0 | 0 | 12.3500 | 617.50 |
| VENDOR P/N: | | SHIP DATE: | 05/31/2005 | | |

Please mark the boxes as follows:
PO: 30139133
MEI P/N: MTHERM-1711-00
CUSTOMER P/N: 712002370000
QTY:
VENDOR: MEI INTERNATIONAL

5

Please re-confirm factory SHIPPING POINT:

Net Order: 864.50
Sales Tax: 0.00
Freight: 0.00
Order Total: $864.50

_____     Please confirm acceptance of this order
05/19/2005                 including your ship dates to the authorized
Authorized Buyer           buyer by return fax today: 408.467.9988

ORIGINAL

Exhibit A-2