# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 7F-3, No.16, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.
TEL : 886-2-2662-7100   FAX : 886-2-2662-6783

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161   FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO. EM050127                              REVISED            Date : 07/19/05

INVOICE of VGA COOLER

For account and risk of Messrs.  MILLENNIUM ELECTRONICS INC.

671 E. BROKAW ROAD SAN JOSE. CA 95112

Shipped by EVERFLOW TECHNONLOGY CORP.

From  CHINA  to  SAN FRANCISCO

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Gross Weight |
|---|---|---|---|---|
| MEI (IN DIA) | FAN SINK ASSY<br>MTHERM-1579-07 | 100 PCS | 8.170 | USD 817.00 |
| PO:2000401433<br>MEI P/N:MTHERM-1579-07<br>CUSTOMER P/N: 46-345105-01<br>Q'TY:50 PCS<br>VENDOR:MEI INTERNATIONAL<br>C/N: 2-3<br>MADE IN CHINA | | | | |
| | | 100 PCS | | USD 817.00 |

SAY TOTAL US DOLLARS EIGHT HUNDRED SEVENTEEN ONLY.

EVERFLOW TECHNOLOGY CORP.

(Authorized Siganature)

Ex B-1

# EVERFLOW TECHNOLOGY CORP.

*EVERFLOW DC FAN & DC MOTOR*

TAIWAN : 7F-3, No.16, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.
TEL : 886-2-2662-7100   FAX : 886-2-2662-6783

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161   FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO. EM050129                    REVISED            Date: 07/21/05

INVOICE of  VGA COOLER

For account and risk of Messrs.    MILLENNIUM ELECTRONICS INC.

671 E. BROKAW ROAD SAN JOSE. CA 95112

Shipped by EVERFLOW TECHNONLOGY CORP.

From       CHINA       to    SAN FRANCISCO

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Gross Weight |
|---|---|---|---|---|
| MEI (IN DIA) PO:2000401433 MEI P/N:MTHERM-1579-07 CUSTOMER P/N: 46-345105-01 Q'TY:50 PCS VENDOR:MEI INTERNATIONAL C/N: 1-5  MADE IN CHINA | FAN SINK ASSY MTHERM-1579-07 | 200 PCS | 8.170 | USD 1,634.00 |
|  |  | 200 PCS |  | USD 1,634.00 |

SAY TOTAL US DOLLARS ONE THOUSAND SIX HUNDRED THIRTY FOUR ONLY.

EVERFLOW TECHNOLOGY CORP.

(Authorized Siganature)

Ex B-2

# EVERFLOW TECHNOLOGY CORP.

EVERFLOW DC FAN & DC MOTOR

TAIWAN : 7F-3, No.16, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei,
Taiwan 222, R.O.C.
TEL : 886-2-2662-7100  FAX : 886-2-2662-6783

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161  FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO.  EM050130                                REVISED         Date :   07/22/05

INVOICE of  VGA COOLER

For account and risk of Messrs.   MILLENNIUM ELECTRONICS INC.
671 E. BROKAW ROAD SAN JOSE. CA 95112

Shipped by  EVERFLOW TECHNONLOGY CORP.

From         CHINA            to   SAN FRANCISCO

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Gross Weight |
|---|---|---|---|---|
| MEI (IN DIA) PO:2000401433 MEI P/N:MTHERM-1579-07 CUSTOMER P/N: 46-345105-01 Q'TY:50 PCS VENDOR:MEI INTERNATIONAL C/N: 1-3 MADE IN CHINA | FAN SINK ASSY MTHERM-1579-07 | 120  PCS | 8.170 | USD  980.40 |
|  |  | 120  PCS |  | USD  980.40 |

SAY TOTAL US DOLLARS NINE HUNDRED EIGHTY AND CENTS FORTY ONLY.

EVERFLOW TECHNOLOGY CORP.

(Authorized Signature)

Ex B-3

# EVERFLOW TECHNOLOGY CORP.

**EVERFLOW**
DC FAN & DC MOTOR

TAIWAN : 7F-3, No.16, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.
TEL : 886-2-2662-7100  FAX : 886-2-2662-6783

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161  FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO. EM050132     REVISED     Date: 07/25/05

INVOICE of VGA COOLER

For account and risk of Messrs.  MILLENNIUM ELECTRONICS INC.

671 E. BROKAW ROAD SAN JOSE. CA 95112

Shipped by EVERFLOW TECHNONLOGY CORP.

From CHINA   to SAN FRANCISCO

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Gross Weight |
|---|---|---|---|---|
| MEI (IN DIA) PO:2000401433 MEI P/N:MTHERM-1579-07 CUSTOMER P/N: 46-345105-01 Q'TY:48 PCS VENDOR:MEI INTERNATIONAL C/N: 1 MADE IN CHINA | FAN SINK ASSY MTHERM-1579-07 | 48 PCS | 8.170 | USD 392.16 |
| | | 48 PCS | | USD 392.16 |

SAY TOTAL US DOLLARS THREE HUNDRED NINETY TWO AND CENTS SIXTEEN ONLY.

EVERFLOW TECHNOLOGY CORP.

(Authorized Signature)

Ex B-4

# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222,R.O.C.
TEL : 886-2-2662-7100  FAX : 886-2-2662-6783

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161  FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO. EM050134                               REVISED           Date: 08/05/05

INVOICE of  VGA COOLER

For account and risk of Messrs.   MILLENNIUM ELECTRONICS INC.

671 E. BROKAW ROAD SAN JOSE. CA 95112

Shipped by  EVERFLOW TECHNONLOGY CORP.

From   CHINA    to   SAN FRANCISCO

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Gross Weight |
|---|---|---|---|---|
| MEI (IN DIA) PO:2000401433 MEI P/N:MTHERM-1579-07 CUSTOMER P/N: 46-345105-01 Q'TY:2 PCS VENDOR:MEI INTERNATIONAL C/N: 3 MADE IN CHINA | FAN SINK ASSY MTHERM-1579-07 | 2 PCS | 8.170 | USD 16.34 |
|  |  | 2 PCS |  | USD 16.34 |

SAY TOTAL US DOLLARS SIXTEEN AND CENTS THIRTY FOUR ONLY.

EVERFLOW TECHNOLOGY CORP.

(Authorized Signature)

Ex: B-5

ORIGINAL

**Millennium**
ELECTRONICS INC.
671 E.BROKAW RD., SAN JOSE CA 95112
EMAIL: info@mei-millennium.com
MAIN PHONE: (408) 467-9980
ACCTG FAX: (408) 573-1833/MAIN FAX:
(408) 467-9988

# PURCHASE ORDER
REVISED ORDER

Page 1 of 1

P.O. NUMBER: **0007347**
ORDER DATE: 04/27/05
VENDOR NUMBER: EVE0002

CONTROL #: 2000401433

VENDOR:
EVERFLOW TECHNOLOGY CORP.
7F-3, NO.16, LANE 270,
SEC.3, BEIHEN RD., SHENKENG
SHIANG, TAIPEI, TAIWAN
CONFIRM TO: PETER CHIU

SHIP TO:
MILLENNIUM ELECTRONICS, INC.
ATTN: JANEL LORO
671 EAST BROKAW ROAD
SAN JOSE, CA 95112

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| _S-FRT.FRWDER | TAIWAN | TT 45 DAYS |

| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|
| MTHERM-1579-07 KFB FANSINK ASSY COPPER REALIZ | 470 | 0 | 0 | 8.1700 | 3,839.90 |

**VENDOR P/N:**

SHIP DATE: 06/17/2005

Please mark the boxes as follows:
PO: 2000401433
MEI P/N: MTHERM-1579-07
CUSTOMER P/N: 46-345105-01
QTY:
VENDOR: MEI INTERNATIONAL

5

Please re-confirm factory **SHIPPING POINT**:

_____

06/23/2005
Authorized Buyer

Please confirm acceptance of this order
including your ship dates to the authorized
buyer by return fax today: 408.467.9988

Net Order: 3,839.90
Sales Tax: 0.00
Freight: 0.00
Order Total: $3,839.90

ORIGINAL

Ex: B-6