

# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.

CHINA : Ge Kang Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161    FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO. EM060029                                           Date: 02/16/06

INVOICE of VGA COOLER

For account and risk of Messrs. MILLENNIUM ELECTRONICS INC.

671 E. BROKAW ROAD SAN JOSE. CA 95112

Shipped by EVERFLOW TECHNOLOGY CORP.

From   CHINA   to

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | MT3-10033 REV.D<br>TRAY, AL DIE CAST, R520SS<br>CNC MACHINE-INCLUDE MYLAR | 4,400 PCS | 0.124 | USD 545.60 |
| | TOOLING CHARGES | 1 SET | | 1450.00 |
| | EC NUMBER:034<br>PO NUMBER:7605 FOR 4400PCS | | | |
| | PO NUMBER:0007625 | | | |
| | TOTAL : | 4400 PCS & 1 SET | | USD 1,995.60 |

SAY TOTAL US DOLLARS ONE THOUSAND NINE HUNDRED NINETY FIVE AND CENTS SIXTY ONLY.

EVERFLOW TECHNOLOGY CORP.

(Authorized Signature)

Exhibit C-1



# PURCHASE ORDER
## NEW ORDER

Page 1 of 1

ORIGINAL

**Millennium ELECTRONICS INC.**
671 E. BROKAW RD., SAN JOSE CA 95112
EMAIL: info@mei-millennium.com
MAIN PHONE: (408) 467-9980
ACCTG FAX: (408) 573-1833/MAIN FAX: (408) 467-9988

P.O. NUMBER: **0007625**
ORDER DATE: 01/13/06
VENDOR NUMBER: EVE0002
CONTROL #: D25-84662

VENDOR:
EVERFLOW TECHNOLOGY CORP.
5F-2, NO.12, LANE 270,
SEC.3, BEI SHEN RD., SHENKENG
SHIANG, TAIPEI 222, TAIWAN ROC
CONFIRM TO: SAM LEE

SHIP TO:
DAS EXPRESS (HK) LTD.
UNIT 513/4 KWONG SANG HONG
CENTER 151-153 HOI BUN ROAD

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| DS-LOCAL DEL | HONG KONG | TT 45 DAYS |

| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|
| MT3-10033 REV.D<br>TRAY, AL DIE CAST, R520SS | 1,600 | 0 | 0 | 0.1240 | 198.40 |
| VENDOR P/N: CNC MACHINE - INCLUDE MYLAR | | SHIP DATE: | 01/18/2006 | | |
| TOOLING CHARGES | 1 | 0 | 0 | 1,700.0000 | 1,700.00 |
| MT3-10033 REV.D<br>TRAY, AL DIE CAST, R520SS | 2,800 | 0 | 0 | 0.1240 | 347.20 |
| VENDOR P/N: CNC MACHINE - INCLUDE MYLAR | | SHIP DATE: | 01/23/2006 | | |

EC NUMBER: 034
PO NUMBER: 7605 FOR 4400PCS

5

Please re-confirm factory **SHIPPING POINT:**

Net Order: 2,245.60
Sales Tax: 0.00
Freight: 0.00
**Order Total: $2,245.60**

01/13/2006
Authorized Buyer

Please confirm acceptance of this order including your ship dates to the authorized buyer by return fax today: 408.467.9988

**Exhibit C-2**
ORIGINAL