

# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec 3, Beishen Rd., Shenkong Shiang, Taipei, Taiwan 222,R.O.C.
TEL : 886-2-2662-7100 FAX : 886-2-2662-6783

CHINA : Ge Kang Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161 FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO. EM060041  Date: 03/03/06

INVOICE of VGA COOLER

For account and risk of Messrs. MILLENNIUM ELECTRONICS INC.
671 E. BROKAW ROAD SAN JOSE. CA 95112

Shipped by EVERFLOW TECHNOLOGY CORP.

From CHINA to PCP

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| MEI (IN DIA) PO: D26-800232 MEI P/N:MT2-10019 REV.02 CUSTOMER P/N:48-0093-00-HF Q'TY: 30PCS VENDOR:MEI INTERNATIONAL C/N: 1-31 MADE IN CHINA | VGA COOLER R580 MT2-10019 REV.02  MEI PO#0007638 | 1,000 PCS | 11.395 | USD 11,395.00 |
| | TOTAL : | 1,000 PCS | | USD 11,395.00 |

SAY TOTAL US DOLLARS ELEVEN THOUSAND THREE HUNDRED AND NINETY FIVE ONLY.

EVERFLOW TECHNOLOGY CORP.

_____
(Authorized Signature)

Exhibit D-1



# PURCHASE ORDER
### REVISED ORDER

Page 1 of 1

**Millennium Electronics Inc.**
671 E.BROKAW RD., SAN JOSE CA 95112
EMAIL: info@mei-millennium.com
MAIN PHONE: (408) 467-9980
ACCTG FAX: (408) 573-1833/MAIN FAX: (408) 467-9988

P.O. NUMBER: **0007638**
ORDER DATE: 01/20/06
VENDOR NUMBER: EVE0002
CONTROL #: D26-800232

VENDOR:
EVERFLOW TECHNOLOGY CORP.
5F-2, NO.12, LANE 270,
SEC.3, BEI SHEN RD., SHENKENG
SHIANG, TAIPEI 222, TAIWAN ROC
CONFIRM TO:   SAM LEE

SHIP TO:
DAS EXPRESS (HK) LTD.
UNIT 513/4 KWONG SANG HONG
CENTER 151-153 HOI BUN ROAD

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| DS-LOCAL DEL | HONG KONG | TT 45 DAYS |

| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|
| MT2-10019 REV.3<br>    ASSY, R580, AIW, SS, R1<br> VENDOR P/N: | 4,500 | 0 | 0 | 11.3950 | 51,277.50 |
| | | SHIP DATE: 02/08/2006 | | | |
| MT2-10019 REV.3<br>    ASSY, R580, AIW, SS, R1<br> VENDOR P/N: | 4,500 | 0 | 0 | 11.3950 | 51,277.50 |
| | | SHIP DATE: 02/08/2006 | | | |

PLEASE MARK BOXES AS FOLLOWS:
PO: D26-800232
MEI P/N: MT2-10019 REV.03
CUSTOMER P/N: 48-0093-00-HF
QTY:
VENDOR: MEI

5

Please re-confirm factory **SHIPPING POINT**:

01/23/2006
Authorized Buyer

Please confirm acceptance of this order
including your ship dates to the authorized
buyer by return fax today: **408.467.9988**

Net Order: 102,555.00
Sales Tax: 0.00
Freight: 0.00
**Order Total: $102,555.00**

Exhibit D-2
PURCHASING Ex: D-2