**EVERFLOW**
DC FAN & DC MOTOR

# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.
TEL : 886-2-2662-7100   FAX : 886-2-2662-6783

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161   FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO．   EM060083                                    Date：   04/19/06

INVOICE of   VGA COOLER

For account and risk of Messrs.         MILLENNIUM ELECTRONICS INC.

671 E. BROKAW ROAD SAN JOSE. CA 95112

Shipped by   EVERFLOW TECHNOLOGY CORP.

From           CHINA              to    HK

| Marks&Nos. | Description of Goods | Quantity | | Unit Price | Amount | |
|---|---|---|---|---|---|---|
| MEI (IN DIA) PO: 2100008666 MEI P/N:MT2-10047 REV.C CUSTOMER P/N:7122024100GAYS Q'TY: 30PCS VENDOR:MEI INTERNATIONAL C/N: 1-227 MADE IN CHINA | VGA COOLER R580 MT2-10047 REV.C  *MEI PO#0007671* | 6,800 | PCS | 13.95 | USD | 94,860.0 |
| -DO- PO: D26-902204 MEI P/N:MT2-10040 REV.C CUSTOMER P/N:48-0091-01-HF Q'TY: 30 PCS VENDOR:MEI INTERNATIONAL C/N: 228-261 MADE IN CHINA | VGA COOLER R580 MT2-10040 REV.C  *MEI PO#0007724* | 1,000 | PCS | 13.950 | USD | 13,950.0 |
| -DO- PO: PVG-640140 MEI P/N:MT2-10020 REV.D CUSTOMER P/N:7124024100G-LF Q'TY: 30 PCS VENDOR:MEI INTERNATIONAL C/N: 262-264 MADE IN CHINA | VGA COOLER R580 MT2-10020 REV.D  *MEI PO#0007691* | 90 | PCS | 13.950 | USD | 1,255.5 |
| -DO- PO: 2000498107 MEI P/N:MTHERM-1579-07 REV.A CUSTOMER P/N:46-345105-01 Q'TY: 50 PCS VENDOR:MEI INTERNATIONAL C/N: 265 MADE IN CHINA | VGA COOLER P25 MTHERM-1579-07 REV.A  *MEI PO#0007566* | 50 | PCS | 8.170 | USD | 408.5 |

Exhibit E-1

1 OF 2



# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222,R.O.C.
TEL : 886-2-2662-7100  FAX: 886-2-2662-6783

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161  FAX: 86-769-372-7163

## COMMERCIAL INVOICE

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| -DO- | | | | |
| PO: 2000525722<br>MEI P/N:MTHERM-1579-07 REV.A<br>CUSTOMER P/N:46-345105-01<br>Q'TY: 50 PCS<br>VENDOR:MEI INTERNATIONAL<br>C/N: 266-268<br>MADE IN CHINA | VGA COOLER P25<br>MTHERM-1579-07 REV.A<br><br>MEI PO#0007621 | 150 PCS | 8.170 | USD   1,225.5 |
| | TOTAL : | 8,090 PCS | | USD   111,699.5 |

SAY TOTAL US DOLLARS ONE HUNDRED ELEVEN THOUSAND SIX HUNDRED NINETY NINE AND CENTS FIFTY ONLY.

EVERFLOW TECHNOLOGY CORP.

*Ellie Chen*

(Authorized Signature)

Exhibit E-2



ORIGINAL
Millennium
ELECTRONICS INC.

# PURCHASE ORDER
NEW ORDER

Page 1 of 1

671 E.BROKAW RD., SAN JOSE CA 95112
EMAIL: info@mei-millennium.com
MAIN PHONE: (408) 467-9980
ACCTG FAX: (408) 573-1833/MAIN FAX: (408) 467-9988

P.O. NUMBER: **0007621**
ORDER DATE: 01/13/06
VENDOR NUMBER: EVE0002

CONTROL #: 2000525722

VENDOR:
EVERFLOW TECHNOLOGY CORP.
5F-2, NO.12, LANE 270,
SEC.3, BEI SHEN RD., SHENKENG
SHIANG, TAIPEI 222, TAIWAN ROC
CONFIRM TO:   SAM LEE

SHIP TO:
DAS EXPRESS (HK) LTD.
UNIT 513/4 KWONG SANG HONG
CENTER 151-153 HOI BUN ROAD

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| DS-LOCAL DEL | HONG KONG | TT 45 DAYS |

| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|
| MTHERM-1579-07A<br>KFB FANSINK ASSY COPPER REALIZM LOGO | 5,000 | 0 | 0 | 8.1700 | 40,850.00 |

VENDOR P/N:

SHIP DATE:   02/27/2006

PLEASE MARK BOXES AS FOLLOWS:
PO: 2000525722
MEI P/N:  MTHERM-1579-07 REV.A
CUSTOMER P/N: 46-345105-1
QTY:
VENDOR: MEI INTERNATIONAL

5

Please re-confirm factory SHIPPING POINT:

Please confirm acceptance of this order
including your ship dates to the authorized
buyer by return fax today: 408.467.9988

01/13/2006
Authorized Buyer

Net Order:      40,850.00
Sales Tax:           0.00
Freight:             0.00
Order Total:   $40,850.00

Exhibit E-3