

# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.
TEL : 886-2-2662-7100  FAX: 886-2-2662-6783

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161  FAX: 86-769-372-7163

## COMMERCIAL INVOICE

NO. **EM060090**                                    Date: **04/27/06**

INVOICE of **VGA COOLER**

For account and risk of Messrs.  **MILLENNIUM ELECTRONICS INC.**

**671 E. BROKAW ROAD SAN JOSE, CA 95112**

Shipped by **EVERFLOW TECHNOLOGY CORP.**

From **CHINA**   to **HK**

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| MEI (IN DIA) PO: 2000525722 MEI P/N:MTHERM-1579-07 REV.A CUSTOMER P/N:46-345105-01 Q'TY: 50 PCS VENDOR:MEI INTERNATIONAL C/N: 1-12 MADE IN CHINA | VGA COOLER P25 MTHERM-1579-07 REV.A  MEI PO#0007621 | 600 PCS | 8.170 | USD 4,902 |
|  | TOTAL : | 600 PCS |  | USD 4,902 |

SAY TOTAL US DOLLARS FOUR THOUSAND NINE HUNDRED AND TWO ONLY.

EVERFLOW TECHNOLOGY CORP.

*Ello Chen*

(Authorized Signature)

Exhibit F-1

ORIGINAL

# PURCHASE ORDER
NEW ORDER

Page 1 of 1

**Millennium ELECTRONICS INC.**
671 E.BROKAW RD., SAN JOSE CA 95112
EMAIL: info@mei-millennium.com
MAIN PHONE: (408) 467-9980
ACCTG FAX: (408) 573-1833/MAIN FAX:
(408) 467-9988

P.O. NUMBER: **0007621**
ORDER DATE: 01/13/06
VENDOR NUMBER: EVE0002

CONTROL #: 2000525722

VENDOR:
EVERFLOW TECHNOLOGY CORP.
5F-2, NO.12, LANE 270,
SEC.3, BEI SHEN RD., SHENKENG
SHIANG, TAIPEI 222, TAIWAN ROC
CONFIRM TO:   SAM LEE

SHIP TO:
DAS EXPRESS (HK) LTD.
UNIT 513/4 KWONG SANG HONG
CENTER 151-153 HOI BUN ROAD

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| DS-LOCAL DEL | HONG KONG | TT 45 DAYS |

| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|
| MTHERM-1579-07A<br>KFB FANSINK ASSY COPPER REALIZM LOGO | 5,000 | 0 | 0 | 8.1700 | 40,850.00 |

**VENDOR P/N:**

SHIP DATE:   02/27/2006

PLEASE MARK BOXES AS FOLLOWS:
PO: 2000525722
MEI P/N:  MTHERM-1579-07 REV.A
CUSTOMER P/N: 46-345105-1
QTY:
VENDOR: MEI INTERNATIONAL

5

Please re-confirm factory **SHIPPING POINT**:

Net Order:   40,850.00
Sales Tax:   0.00
Freight:   0.00
Order Total:   $40,850.00

01/13/2006
Authorized Buyer

Please confirm acceptance of this order
including your ship dates to the authorized
buyer by return fax today: 408.467.9988

Exhibit F-2