

# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161  FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO‧ **EM060095**                                     Date： **05/18/06**

INVOICE of **VGA COOLER**

For account and risk of Messrs.        **MILLENNIUM ELECTRONICS INC.**

**671 E. BROKAW ROAD SAN JOSE. CA 95112**

Shipped by **EVERFLOW TECHNOLOGY CORP.**

From                **CHINA**              to        **HK**

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| MEI<br>(IN DIA)<br>PO: PVG-640333<br>MEI P/N:MT2-10020 REV.D<br>CUSTOMER P/N:7124024100G-RH<br>Q'TY: 30PCS<br>VENDOR:MEI INTERNATIONAL<br>C/N: 1-104<br>MADE IN CHINA | VGA COOLER R580<br>MT2-10020 REV.D<br><br>*MEI PO#0007751* | 3,100 PCS | 13.950 | USD 43,245.00 |
|  | TOTAL : | 3,100 PCS |  | USD 43,245.00 |

SAY TOTAL US DOLLARS FORTY THREE THOUSAND TWO HUNDRED AND FORTY FIVE ONLY.

EVERFLOW TECHNOLOGY CORP.

*Elle Chen*

(Authorized Signature)

Exhibit G-1



ORIGINAL

# PURCHASE ORDER
REVISED ORDER

Page 1 of 1

**Millennium ELECTRONICS INC.**
671 E.BROKAW RD., SAN JOSE CA 95112
EMAIL: info@mei-millennium.com
MAIN PHONE: (408) 467-9980
ACCTG FAX: (408) 573-1833/MAIN FAX: (408) 467-9988

P.O. NUMBER: **0007751**
ORDER DATE: 04/20/06
VENDOR NUMBER: EVE0002
CONTROL #: PVG-640333

VENDOR:
EVERFLOW TECHNOLOGY CORP.
5F-2, NO.12, LANE 270,
SEC.3, BEI SHEN RD., SHENKENG
SHIANG, TAIPEI 222, TAIWAN ROC
CONFIRM TO:   SAM LEE

SHIP TO:
DAS EXPRESS HK LTD.
UNIT 513/4 KWONG SANG HONG
CENTRE, 151-153 HOI BUN ROAD,

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| DS-LOCAL DEL | HONG KONG | TT 45 DAYS |

| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|
| MT2-10020 REV.D ASSY, R580, DUAL SLOT, FIREGL | 3,100 | 0 | 0 | 13.9500 | 43,245.00 |

VENDOR P/N:

SHIP DATE: 04/20/2006

Please Mark Boxes As Follows:
PO:PVG-640333
MPN:MT2-10020 REV.D
CPN:7124024100G-RH
QTY:
Vendor: Millennium Electronics Inc.

5

Please re-confirm factory **SHIPPING POINT:**

Please confirm acceptance of this order including your ship dates to the authorized buyer by return fax today: 408.467.9988

Net Order: 43,245.00
Sales Tax: 0.00
Freight: 0.00
Order Total: $43,245.00

*Shayna Hsiung*
Authorized Buyer   04/25/2006

ORIGINAL

Exhibit G-2