**EVERFLOW**
DC FAN & DC MOTOR

# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161  FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO. EM060115                                                    Date: 08/02/06

INVOICE of VGA COOLER

For account and risk of Messrs. MILLENNIUM ELECTRONICS INC.

671 E. BROKAW ROAD SAN JOSE, CA 95112

Shipped by EVERFLOW TECHNOLOGY CORP.

From CHINA to HK

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| MEI (IN DIA) PO:PVG-660414 MEI P/N:MT2-10020 REV.D CUSTOMER P/N:7124024100G-RH Q'TY:30pcs VENDOR:MEI INTERNATION C/N: 1-4 MADE IN CHINA | VGA COOLER R580<br><br>*MEI PO#0007804* | 110 PCS | 15.750 | USD 1,732.50 |
| PO:PVG-670147 MEI P/N:MT2-10020 REV.D+EC050 CUSTOMER P/N:7124024100G-RH Q'TY:30pcs VENDOR:MEI INTERNATION C/N: 5-71 MADE IN CHINA | VGA COOLER R580<br><br>*MEI PO#0007821* | 2,010 PCS | 15.800 | USD 31,758.00 |
| | TOTAL : | 2,120 PCS | | USD 33,490.50 |

SAY TOTAL US DOLLARS THIRTY-THREE THOUSAND FOUR HUNDRED NINETY AND CENTS FIFTY ONLY.

EVERFLOW TECHNOLOGY CORP.

*Elle Chen*

(Authorized Signature)

Exhibit H-1

1 OF 1

ORIGINAL

**Millennium**
ELECTRONICS INC.

90 GREAT OAKS BLVD, SUITE 107
SAN JOSE, CA 95119
MAIN PHONE: (408) 972-2503
MAIN FAX: (408) 972-5831
(408) 972-2503

# PURCHASE ORDER

NEW ORDER

Page 1 of 1

P.O. NUMBER: **0007804**
ORDER DATE: 06/28/06
VENDOR NUMBER: EVE0002

CONTROL #: PVG-660414

VENDOR:
EVERFLOW TECHNOLOGY CORP.
5F-2, NO.12, LANE 270,
SEC.3, BEI SHEN RD., SHENKENG
SHIANG, TAIPEI 222, TAIWAN ROC
CONFIRM TO: SAM LEE

SHIP TO:
DAS EXPRESS HK LTD.
UNIT 513/4 KWONG SANG HONG
CENTRE, 151-153 HOI BUN ROAD,

| SHIP VIA | F.O.B. | TERMS | | | |
|---|---|---|---|---|---|
| DS-LOCAL DEL | HONG KONG | TT 45 DAYS | | | |
| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| MT2-10020 REV.D<br>ASSY, R580, DUAL SLOT, FIREGL | 3,200 | 0 | 0 | 15.7500 | 50,400.00 |

VENDOR P/N:

SHIP DATE: 06/28/2006

Please Mark Boxes As Follows:
PO: PVG-660414
MPN: MT2-10020 REV D
CPN: (7124024100G-RH
QTY
Vendor: Millennium Electronics Inc.

5

*Nadene Loro*

Authorized Buyer    06/28/2006

Please re-confirm factory SHIPPING POINT:

Please confirm acceptance of this order
including your ship dates to the authorized
buyer by return fax today: 408.467.9988

Net Order:  50,400.00
Sales Tax:       0.00
Freight:         0.00
Order Total: $50,400.00

ORIGINAL

Exhibit H-2



ORIGINAL

# PURCHASE ORDER
REVISED ORDER

Page 1 of 1

**Millennium ELECTRONICS INC.**
90 GREAT OAKS BLVD, SUITE 107
SAN JOSE, CA 95119
MAIN PHONE: (408) 972-2503
MAIN FAX: (408) 972-5831
(408) 972-2503

P.O. NUMBER: **0007821**
ORDER DATE: 07/13/06
VENDOR NUMBER: EVE0002

CONTROL #: PVG-670147

VENDOR:
EVERFLOW TECHNOLOGY CORP.
5F-2, NO.12, LANE 270,
SEC.3, BEI SHEN RD., SHENKENG
SHIANG, TAIPEI 222, TAIWAN ROC
ATTN TO: SAM LEE

SHIP TO:
DAS EXPRESS HK LTD.
UNIT 513/4 KWONG SANG HONG
CENTRE, 151-153 HOI BUN ROAD,

| SHIP VIA | F.O.B. | TERMS | | | |
|---|---|---|---|---|---|
| DS-LOCAL DEL | HONG KONG | TT 45 DAYS | | | |
| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| MT2-10020 REV.D + EC050  ASSY, R580, DUAL SLOT, FIREGL | 2,010 | 0 | 0 | 15.8000 | 31,758.00 |

VENDOR P/N:

SHIP DATE: 07/20/2006

INCLUDE ENGINEERING CHANGE: EC-050
CHANGE ORDER NOTICE: 07/25/06
Please Mark Boxes As Follows:
PO: PVG-670147
MPN: MT2-10020 REV D + EC050
CPN: 7124024100G-RH
QTY:
VENDOR: Millennium Electronics Inc
Change unit cost to $15.80/pc - $0.05 cost up
for adding protective film to artwork cover.

Please re-confirm factory **SHIPPING POINT:**

*Nadene Loro*
Authorized Buyer     07/25/2006

Please confirm acceptance of this order
including your ship dates to the authorized
buyer by return fax today: 408.467.9988

Net Order:     31,758.00
Sales Tax:          0.00
Freight:            0.00
**Order Total:  $31,758.00**

ORIGINAL

Exhibit H-3