

# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161  FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO. **EM060116**　　　　　　　　　　　　　　Date : **08/03/06**

INVOICE of **VGA COOLER**

For account and risk of Messrs. **MILLENNIUM ELECTRONICS INC.**

**671 E. BROKAW ROAD SAN JOSE, CA 95112**

Shipped by **EVERFLOW TECHNOLOGY CORP.**

From **CHINA** to **HK**

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| MEI (IN DIA) PO:PVR-670001 MEI P/N:MTHERM-1626-01 REV.E CUSTOMER P/N:7120018200 Q'TY:60pcs VENDOR:MEI INTERNATION C/N: 1-4 MADE IN CHINA | VGA COOLER R480  *MEI PO#0007813* | 140 PCS | 8.300 | USD 1,162.00 |
|  | TOTAL : | 140 PCS |  | USD 1,162.00 |

SAY TOTAL US DOLLARS ONE THOUSAND ONE HUNDRED AND SIXTY TWO ONLY.

EVERFLOW TECHNOLOGY CORP.

*(signature)*

(Authorized Signature)

Exhibit I-1

1 OF 1



ORIGINAL

**Millennium ELECTRONICS INC.**
90 GREAT OAKS BLVD, SUITE 107
SAN JOSE, CA 95119
MAIN PHONE: (408) 972-2503
MAIN FAX: (408) 972-5831
(408) 972-2503

# PURCHASE ORDER
## NEW ORDER

Page 1 o

P.O. NUMBER: **0007813**
ORDER DATE: 06/30/06
VENDOR NUMBER: EVE0002
CONTROL #: PVG-670001

VENDOR:
EVERFLOW TECHNOLOGY CORP.
5F-2, NO.12, LANE 270,
SEC.3, BEI SHEN RD., SHENKENG
SHIANG, TAIPEI 222, TAIWAN ROC
CONFIRM TO: SAM LEE

SHIP TO:
DAS EXPRESS HK LTD.
UNIT 513/4 KWONG SANG HONG
CENTRE, 151-153 HOI BUN ROAD,

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| DS-LOCAL DEL | HONG KONG | TT 45 DAYS |

| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|
| MTHERM-1626-01  HGTS3 DUAL SLOT EXHAUST BLOWER  VENDOR P/N: | 140 | 0 | 0 | 8.3000 | 1,162.00 |

Please mark boxes a
PO: PVG-670001
MPN: MTHERM-1626
CPN: 7120018200
QTY:
VENDOR: Millennium Electronics Inc.

SHIP DATE: 06/30/2006

5

Please re-confirm factory SHIPPING POINT:
_____

_Nadene Loro_
Authorized Buyer      07/05/2006

Please confirm acceptance of this order including your ship dates to the authorized buyer by return fax today: 408.467.9988

Net Order:
Sales Tax: 1,162.00
Freight: 0.00
Order Total: 0.00
           $1,162.00

ORIGINAL

Exhibit I-2