

# EVERFLOW TECHNOLOGY CORP.

TAIWAN : 5F-2, No.12, Lane 270, Sec.3, Beishen Rd., Shenkeng Shiang, Taipei, Taiwan 222, R.O.C.

CHINA : Ge Keng Industrial Zone, Heng Li Town, Dong Guan City, Guang Dong Province, China
TEL : 86-769-372-7161   FAX : 86-769-372-7163

## COMMERCIAL INVOICE

NO．  EM060117                             Date：  08/07/06

INVOICE of  VGA COOLER

For account and risk of Messrs.   MILLENNIUM ELECTRONICS INC.

671 E. BROKAW ROAD SAN JOSE. CA 95112

Shipped by EVERFLOW TECHNOLOGY CORP.

From       CHINA        to       HK

| Marks&Nos. | Description of Goods | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| MEI<br>(IN DIA)<br>PO:2100015586<br>MEI P/N:MT2-10078 REV.A<br>CUSTOMER  P/N:7125024100GAYS<br>Q'TY:30pcs<br>VENDOR:MEI INTERNATION<br>C/N: 1-100<br>MADE IN CHINA | VGA COOLER R580<br><br><br><br><br>*MEI PO#0007799* | 3,000  PCS | 15.750 | USD 47,250.00 |
|  | TOTAL : | 3,000  PCS |  | USD 47,250.00 |

SAY TOTAL US DOLLARS FORTY SEVEN THOUSAND TWO HUNDRED AND FIFTY ONLY.

EVERFLOW TECHNOLOGY CORP.

*[signature: Ello Chen]*

(Authorized Signature)

**Exhibit J-1**

1 OF 1

# PURCHASE ORDER

NEW ORDER

ORIGINAL

**Millennium**
ELECTRONICS INC.
671 E. BROKAW RD., SAN JOSE CA 95112
EMAIL: info@mei-millennium.com
MAIN PHONE: (408) 467-9980
ACCTG FAX: (408) 573-1833/MAIN FAX: (408) 467-9988

Page 1 of 1

P.O. NUMBER: **0007799**
ORDER DATE: 06/23/06
VENDOR NUMBER: EVE0002

CONTROL #: 2100015586

**VENDOR:**
EVERFLOW TECHNOLOGY CORP.
5F-2, NO.12, LANE 270,
SEC.3, BEI SHEN RD., SHENKENG
SHIANG, TAIPEI 222, TAIWAN ROC
CONFIRM TO: SAM LEE

**SHIP TO:**
DAS EXPRESS HK LTD.
UNIT 513/4 KWONG SANG HONG
CENTRE, 151-153 HOI BUN ROAD,

| SHIP VIA | F.O.B. | TERMS | | | |
|---|---|---|---|---|---|
| DS-LOCAL DEL | HONG KONG | TT 45 DAYS | | | |
| ITEM NUMBER | QUANTITY | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| MT2-10078 REV.A<br>ASSY, R580, RUBY II (LT) DS | 4,136 | 0 | 0 | 15.7500 | 65,142.00 |
| VENDOR P/N: | | SHIP DATE: | 06/24/2006 | | |
| MT2-10078 REV.A<br>ASSY, R580, RUBY II (LT) DS | 2,340 | 0 | 0 | 15.7500 | 36,855.00 |
| VENDOR P/N: | | SHIP DATE: | 08/06/2006 | | |
| MT2-10078 REV.A<br>ASSY, R580, RUBY II (LT) DS | 2,010 | 0 | 0 | 15.7500 | 31,657.50 |
| VENDOR P/N: | | SHIP DATE: | 08/12/2006 | | |
| MT2-10078 REV.A<br>ASSY, R580, RUBY II (LT) DS | 2,010 | 0 | 0 | 15.7500 | 31,657.50 |
| VENDOR P/N: | | SHIP DATE: | 08/26/2006 | | |

Please Mark Boxes As Follows:
PO: 2100015586
MPN: MT2-10078 REV.A
CPN: 7125024100GAYS
QTY:
Vendor: Millennium Electronics Inc.

5

Please re-confirm factory **SHIPPING POINT:**

*Nadene Loro*
Authorized Buyer    06/23/2006

Please confirm acceptance of this order
including your ship dates to the authorized
buyer by return fax today: 408.467.9988

Net Order:   165,312.00
Sales Tax:        0.00
Freight:          0.00
Order Total: $165,312.00

ORIGINAL

Exhibit J-2