Exhibit A

| Invoice Date | Invoice Number | | PO # | Model Name | Q'ty Shipped | Unit Price | Total (USD.) | Payment Amount | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|
| 6/9/2005 | EM050091 | A | 7373 | VGA COOLER RIALTO MTHERM-1711-00 | 50 | $12.35 | $617.50 | $592.80 | -$24.70 |
| 7/19/2005 | EM050127 | B | 7347 | FAN SINK ASSY (MTHERM-1579-07) | 100 | $8.17 | $817.00 | $759.50 | -$57.50 |
| 7/21/2005 | EM050129 | B | 7347 | FAN SINK ASSY (MTHERM-1579-07) | 200 | $8.17 | $1,634.00 | $1,519.00 | -$115.00 |
| 7/22/2005 | EM050130 | B | 7347 | FAN SINK ASSY (MTHERM-1579-07) | 120 | $8.17 | $980.40 | $911.40 | -$69.00 |
| 7/25/2005 | EM050132 | B | 7347 | FAN SINK ASSY (MTHERM-1579-07) | 48 | $8.17 | $392.16 | $364.56 | -$27.60 |
| 8/5/2005 | EM050134 | B | 7347 | FAN SINK ASSY (MTHERM-1579-07) | 2 | $8.17 | $16.34 | $15.19 | -$1.15 |
| 2/16/2006 | EM060029 | C | 7625 | MT3-10033 REV.D TRA, AL DIE CAST | 4,400 | $0.12 | $545.60 | $545.60 | $0.00 |
| 3/3/2006 | EM060041 | D | 7638 | VGA COOLER MT2-10019 REV.3 | 1,000 | $11.40 | $11,395.00 | $0.00 | -$11,395.00 |
| 4/19/2006 | EM060083 | E | 7621 | FAN SINK ASSY( MTHERM-1579-07) | 150 | 8.17 | 1225.50 | 0.00 | -$1,225.50 |
| 4/27/2006 | EM060090 | F | 7621 | FAN SINK ASSY (MTHERM-1579-07) | 600 | $8.17 | $4,902.00 | $0.00 | -$4,902.00 |
| 5/18/2006 | EM060095 | G | 7751 | VGA COOLER R580 MT2-10020 REV. D | 3,100 | $13.95 | $43,245.00 | $0.00 | -$43,245.00 |
| 8/2/2006 | EM060115 | H | 7804 | VGA COOLER R580 MT2-10020 REV. D | 110 | $15.75 | $1,732.50 | $0.00 | -$1,732.50 |
| 8/2/2006 | EM060115 | H | 7821 | VGA COOLER R580 MT2-10020 REV. D | 2,010 | $15.80 | $31,758.00 | $0.00 | -$31,758.00 |
| 8/3/2006 | EM060116 | H | 7813 | VGA COOLER MTHERM-1626-01 REV.E | 140 | $8.30 | $1,162.00 | $0.00 | -$1,162.00 |
| 8/7/2006 | EM060117 | H | 7799 | VGA COOLER R580 MT2-10078 REV. A | 3,000 | $15.75 | $47,250.00 | $0.00 | -$47,250.00 |
| 8/9/2006 | EM060118 | H | 7802 | VGA COOLER MT2-10047 REV. C | 2,105 | $15.94 | $33,553.70 | $0.00 | -$33,553.70 |
| 9/20/2006 | EM060144 | | 7894 | VGA COOLER R600 MT2-10036 REV.28 | 238 | $20.00 | $4,760.00 | $0.00 | -$4,760.00 |
| 9/22/2006 | EM060145 | | 7837 | VGA COOLER R580 MT2-10020 REV. D | 720 | $15.80 | $11,376.00 | $0.00 | -$11,376.00 |
| 9/22/2006 | EM060145 | | 7837 | VGA COOLER R580 MT2-10078 REV. A | 200 | $15.75 | $3,150.00 | $0.00 | -$3,150.00 |
| 9/22/2006 | EM060145 | | 7862 | VGA COOLER R580 MT2-10077 REV. A | 250 | $15.75 | $3,937.50 | $0.00 | -$3,937.50 |
| 9/25/2006 | EM060146 | | 7883 | VGA COOLER R580 MT2-10090 REV. A | 72 | $16.10 | $1,159.20 | $0.00 | -$1,159.20 |
| 9/25/2006 | EM060146 | | 7896 | VGA COOLER R580 MT2-10090 REV. A | 1,500 | $16.10 | $24,150.00 | $0.00 | -$24,150.00 |
| 1/9/2007 | EM070003 | | 7939 | VGA COOLER MTHERM-1626-01 REV.E | 300 | $8.30 | $2,490.00 | $0.00 | -$2,490.00 |
| 1/15/2007 | EM070005 | | 7924 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $32,361.00 | $21,210.00 | -$11,151.00 |
| 1/18/2007 | EM070008 | | 7949 | VGA COOLER R580 MT2-10078 REV. A | 450 | $15.75 | $7,087.50 | $0.00 | -$7,087.50 |
| 1/29/2007 | EM070009 | | 7960 | VGA COOLER R600P MT2-10036 REV.A | 300 | $19.92 | $5,976.00 | $0.00 | -$5,976.00 |
| 1/29/2007 | EM070009 | | 7924 | VGA COOLER R580 MT2-10090 REV. A | 980 | $16.10 | $15,778.00 | $0.00 | -$15,778.00 |
| 1/29/2007 | EM070010 | | 7914 | VGA COOLER R600P MT2-10036 REV.A | 700 | $19.92 | $13,944.00 | $0.00 | -$13,944.00 |
| 2/4/2007 | EM070011 | | 7927 | VGA COOLER R580 MT2-10090 REV. A | 1,830 | $16.10 | $29,463.00 | $0.00 | -$29,463.00 |
| 2/4/2007 | EM070011 | | 7951 | VGA COOLER R580 MT2-10090 REV. A | 1,050 | $16.10 | $16,905.00 | $0.00 | -$16,905.00 |
| 2/13/2007 | EM070017 | | 7984 | VGA COOLER R580 MT2-10078 REV. A | 390 | $15.75 | $6,142.50 | $0.00 | -$6,142.50 |
| 2/13/2007 | EM070017 | | 7978 | VGA COOLER R580 MT2-10020 REV. D | 420 | $15.80 | $6,636.00 | $0.00 | -$6,636.00 |
| 3/3/2007 | EM070021 | | 7951 | VGA COOLER R580 MT2-10090 REV. A | 960 | $16.10 | $15,456.00 | $0.00 | -$15,456.00 |
| 3/3/2007 | EM070021 | | 7980 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $32,361.00 | $0.00 | -$32,361.00 |

Exhibit K-1

| Date | EM# | Part# | Description | Qty | Unit | Ext | | Net |
|---|---|---|---|---|---|---|---|---|
| 3/10/2007 | EM070023 | 8010 | VGA COOLER R580 MT2-10078 REV. A | 1,800 | $15.75 | $28,350.00 | $0.00 | -$28,350.00 |
| 3/14/2007 | EM070024 | 8016 | MT2-10078 REV. A | 54 | $15.75 | $850.50 | $0.00 | -$850.50 |
| 3/14/2007 | EM070024 | 7994 | VGA COOLER R580 MT2-10090 REV. A | 4,020 | $16.10 | $64,722.00 | $0.00 | -$64,722.00 |
| 3/17/2007 | EM070025 | 8012 | VGA COOLER R520 MT2-10011 Cover | 2,000 | $0.90 | $1,800.00 | $0.00 | -$1,800.00 |
| 3/21/2007 | EM070026 | 7994 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $32,361.00 | $0.00 | -$32,361.00 |
| 3/21/2007 | EM070026 | 7978 | VGA COOLER R580 MT2-10020 REV. D | 810 | $15.80 | $12,798.00 | $0.00 | -$12,798.00 |
| 3/21/2007 | EM070027 | 7994 | Rework charge for MT2-10090 REV. A | 2,010 | $3.99 | $8,013.87 | $0.00 | -$8,013.87 |
| 3/22/2007 | EM070028 | 7994 | VGA COOLER R580 MT2-10090 REV. A | 4,020 | $3.99 | $16,027.74 | $0.00 | -$16,027.74 |
| 3/22/2007 | EM070028 | 7994 | Rework charge for MT2-10090 REV. A | 2,000 | $15.75 | $31,500.00 | $0.00 | -$31,500.00 |
| 3/27/2007 | EM070029 | 8021 | MT2-10078 REV. A | 960 | $16.10 | $15,456.00 | $0.00 | -$15,456.00 |
| 3/27/2007 | EM070029 | 7994 | VGA COOLER R580 MT2-10090 REV. A | 960 | $3.99 | $3,827.52 | $0.00 | -$3,827.52 |
| 3/27/2007 | EM070030 | 7994 | Rework charge for MT2-10090 REV. A | 3,100 | $16.10 | $49,910.00 | $0.00 | -$49,910.00 |
| 4/1/2007 | EM070031 | 8001 | VGA COOLER R580 MT2-10090 REV. A | 3,100 | $3.99 | $12,359.70 | $0.00 | -$12,359.70 |
| 3/31/2007 | EM070032 | 8001 | Rework charge for EM070031 | 2,010 | $16.10 | $32,361.00 | $0.00 | -$32,361.00 |
| 4/9/2007 | EM070033 | 8017 | VGA COOLER R580 MT2-10090 REV. A | 960 | $15.80 | $15,168.00 | $0.00 | -$15,168.00 |
| 4/9/2007 | EM070033 | 8009 | VGA COOLER R580 MT2-10020 REV. D | 1,170 | $3.99 | $4,664.79 | $0.00 | -$4,664.79 |
| 4/9/2007 | EM070034 | 8017 | Rework charge for MT2-10020 REV. A | 2,400 | $15.80 | $37,920.00 | $0.00 | -$37,920.00 |
| 4/13/2007 | EM070036 | 8037 | VGA COOLER R580 MT2-10020 REV. D | 6,000 | $0.00 | $18.75 | $0.00 | -$18.75 |
| 4/20/2007 | EM070037 | 8042 | SCREW | 10,000 | $0.00 | $31.25 | $0.00 | -$31.25 |
| 4/20/2007 | EM070037 | 8042 | SCREW | 2,970 | $16.10 | $47,817.00 | $0.00 | -$47,817.00 |
| 4/28/2007 | EM070038 | 8017 | VGA COOLER R580 MT2-10090 REV. A | 1,050 | $16.10 | $16,905.00 | $0.00 | -$16,905.00 |
| 5/10/2007 | EM070039 | 8017 | VGA COOLER R580 MT2-10090 REV. A | 1,680 | $15.80 | $26,544.00 | $0.00 | -$26,544.00 |
| 5/28/2007 | EM070040 | 8053 | VGA COOLER R580 MT2-10090 REV. D | 2,010 | $16.10 | $32,361.00 | $0.00 | -$32,361.00 |
| 5/28/2007 | EM070040 | 8025 | VGA COOLER R580 MT2-10020 REV. A | 2,000 | $8.65 | $17,300.00 | $0.00 | -$17,300.00 |
| 5/31/2007 | EM070041 | 8048 | P25 (MTHERM-1579-07) | 1,450 | $8.65 | $12,542.50 | $0.00 | -$12,542.50 |
| 6/2/2007 | EM070042 | 8048 | P25 (MTHERM-1579-07) | 4,020 | $16.10 | $64,722.00 | $0.00 | -$64,722.00 |
| 6/7/2007 | EM070043 | 8025 | VGA COOLER R580 MT2-10090 REV. A | 1,500 | $15.80 | $23,700.00 | $0.00 | -$23,700.00 |
| 6/7/2007 | EM070043 | 8064 | VGA COOLER R580 MT2-10020 REV. D | 240 | 8.30 | 1992.00 | 0.00 | -$1,992.00 |
| 6/8/2007 | EM070044 | 8062 | R480-2W(MTHERM-1626-01) | 500 | $8.65 | $4,325.00 | $0.00 | -$4,325.00 |
| 6/9/2007 | EM070044 | 8048 | P25 (MTHERM-1579-07) | 2,010 | $16.10 | $32,361.00 | $0.00 | -$32,361.00 |
| 6/12/2007 | EM070045 | 8025 | VGA COOLER R580 MT2-10090 REV. A | 50 | $8.65 | $432.50 | $0.00 | -$432.50 |
| 6/14/2007 | EM070046 | 8048 | P25 (MTHERM-1579-07) | 60 | $8.30 | $498.00 | $0.00 | -$498.00 |
| 6/14/2007 | EM070046 | 8062 | R480-2W (MTHERM-1626-01) | 1,020 | $16.10 | $16,422.00 | $0.00 | -$16,422.00 |
| 6/22/2007 | EM070047 | 8070 | VGA COOLER R580 MT2-10090 REV. A | 2,700 | $15.80 | $42,660.00 | $0.00 | -$42,660.00 |
| 6/22/2007 | EM070047 | 8071 | VGA COOLER R580 MT2-10020 REV. D | 10 | $18.48 | $184.80 | $0.00 | -$184.80 |
| 6/22/2007 | EM070048 | 8087 | VGA COOLER 600 MT2-REV. A | 510 | $16.10 | $8,211.00 | $0.00 | -$8,211.00 |
| 6/24/2007 | EM070049 | 8070 | VGA COOLER R580 MT2-10090 REV. A | 990 | $16.10 | $15,939.00 | $0.00 | -$15,939.00 |
| 6/24/2007 | EM070049 | 8070 | VGA COOLER R580 MT2-10090 REV. A | | | | | |

Exhibit K-2

| Date | Invoice | Part | Description | Qty | Price | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 7/2/2007 | EM070050 | 8070 | VGA COOLER R580 MT2-10090 REV. A | 1,960 | $16.10 | $0.00 | -$31,556.00 |
| 7/2/2007 | EM070050 | 8070 | VGA COOLER R580 MT2-10090 REV. A | 1,500 | $16.10 | $0.00 | -$24,150.00 |
| 7/2/2007 | EM070050 | 8074 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $0.00 | -$32,361.00 |
| 7/2/2007 | EM070050 | 8095 | VGA COOLER R580 MT2-10090 REV. A | 50 | $16.10 | $0.00 | -$805.00 |
| 7/6/2007 | EM070051 | 8075 | VGA COOLER R580 MT2-10090 REV. D | 3,700 | $15.80 | $0.00 | -$58,460.00 |
| 7/6/2007 | EM070051 | 8009 | VGA COOLER R580 MT2-10020 REV. D | 1,290 | $15.80 | $0.00 | -$20,382.00 |
| 7/12/2007 | EM070052 | 8079 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $0.00 | -$32,361.00 |
| 7/12/2007 | EM070052 | 8079 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $0.00 | -$32,361.00 |
| 7/12/2007 | EM070052 | 8009 | VGA COOLER R580 MT2-10020 REV. D | 60 | $15.80 | $0.00 | -$948.00 |
| 7/12/2007 | EM070052 | 8009 | VGA COOLER R580 MT2-10020 REV. D | 30 | $15.80 | $0.00 | -$474.00 |
| 7/12/2007 | EM070052 | 8070 | VGA COOLER R580 MT2-10090 REV. A | 50 | $16.10 | $0.00 | -$805.00 |
| 7/12/2007 | EM070053 | 8080 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $0.00 | -$32,361.00 |
| 7/19/2007 | EM070053 | 8080 | VGA COOLER R580 MT2-10090 REV. A | 1,600 | $16.10 | $0.00 | -$25,760.00 |
| 7/24/2007 | EM070054 | 8080 | VGA COOLER R580 MT2-10090 REV. A | 410 | $16.10 | $0.00 | -$6,601.00 |
| 7/24/2007 | EM070054 | 8080 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $0.00 | -$32,361.00 |
| 7/24/2007 | EM070054 | 8080 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $0.00 | -$32,361.00 |
| 7/24/2007 | EM070054 | 8080 | VGA COOLER R580 MT2-10090 REV. A | 2,010 | $16.10 | $0.00 | -$32,361.00 |
| 8/9/2007 | EM070055 | 8121 | VGA COOLER R600P MT2-10036 REV.A | 1,260 | $19.92 | $0.00 | -$25,099.20 |
| 8/15/2007 | EM070057 | 8082 | VGA COOLER R580 MT2-10036 REV. D | 1,200 | $15.80 | $0.00 | -$18,960.00 |
| 8/16/2007 | EM070058 | 8082 | VGA COOLER R580 MT2-10020 REV. D | 1,300 | $15.80 | $0.00 | -$20,540.00 |
| 8/22/2007 | EM070060 | 8090 | VGA COOLER R580 MT2-10020 REV. D | 2,500 | $15.80 | $0.00 | -$39,500.00 |
| 8/31/2007 | EM070061 | 8121 | VGA COOLER R600P MT2-10036 REV.A | 1,560 | $19.92 | $0.00 | -$31,075.20 |
| 9/8/2007 | EM070062 | 8119 | VGA COOLER R600P MT2-10036 REV. D | 2,400 | $15.80 | $0.00 | -$37,920.00 |
| 9/10/2007 | EM070063 | 8118 | VGA COOLER R580 MT2-10020 REV. D | 2,370 | $15.80 | $0.00 | -$37,446.00 |
| 9/10/2007 | EM070063 | 8125 | VGA COOLER R580 MT2-10020 REV. D | 1,020 | $15.80 | $0.00 | -$16,116.00 |
| 9/17/2007 | EM070064 | 8118 | VGA COOLER R580 MT2-10020 REV. D | 130 | $15.80 | $0.00 | -$2,054.00 |
| 9/26/2007 | EM070065 | 8121 | VGA COOLER R600P MT2-10036 REV.A | 2,000 | $19.92 | $0.00 | -$39,840.00 |
| 9/27/2007 | EM070066 | 8121 | VGA COOLER R600P MT2-10036 REV.A | 513 | $19.92 | $0.00 | -$10,218.96 |
| 9/27/2007 | EM070066 | 8121 | VGA COOLER R600P MT2-10036 REV.A | 1,287 | $19.92 | $0.00 | -$25,637.04 |
| 9/28/2007 | EM070067 | 8127 | VGA COOLER R580 MT2-10020 REV. D | 2,500 | $15.80 | $0.00 | -$39,500.00 |
| 9/28/2007 | EM070067 | 8129 | VGA COOLER R580 MT2-10020 REV. D | 2,010 | $15.80 | $0.00 | -$31,758.00 |

**Total Unpaid:** -$1,894,176.27

Exhibit K-3