Mark R. Figueiredo, Esq. (State Bar No. 178850)
Jonathan H. Van Ee, Esq. (State Bar No. 214129)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California  95110
(408) 441-7500
(408) 228-8787 fax
mrf@structurelaw.com
jve@structurelaw.com

Attorneys for Defendant
MILLENNIUM ELECTRONICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>    Plaintiff,<br><br>v.<br><br>MILLENIUM ELECTRONICS, INC., a California corporation,<br><br>    Defendant. | Case No. C07-05795 JF<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR ORDER OF WRIT OF ATTACHMENT**<br><br>Date:  February 8, 2008<br>Time:  9:00 a.m.<br>Judge:  Hon. Jeremy Fogel |

The products in question were not timely shipped.  In addition, the amount that Plaintiffs allege they are owed in their APPLICATION FOR ORDER OF WRIT OF ATTACHMENT is incorrect.  These issues, and additional issues, are addressed in the DECLARATION OF JAMES LORO IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR ORDER OF WRIT OF ATTACHMENT filed concurrently herewith.  Thus, Plaintiff's application should be denied.

1  The electronic filer attests that the individual whose name appears below has signed
2  this document.  See N.D. Cal. General Order 45, Section X.

Dated: January 18, 2008                           STRUCTURE LAW GROUP, LLP


By: _____/ s /_____
    Mark R. Figueiredo
    Attorneys for Defendant
    MILLENNIUM ELECTRONICS, INC.

- 2 -

DEFENDANT'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR ORDER OF WRIT OF ATTACHMENT