Mark R. Figueiredo, Esq. (State Bar No. 178850)
Jonathan H. Van Ee, Esq. (State Bar No. 214129)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California  95110
(408) 441-7500
(408) 228-8787 fax
mrf@structurelaw.com
jve@structurelaw.com

Attorneys for Defendant
MILLENNIUM ELECTRONICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>Plaintiff,<br>v.<br><br>MILLENIUM ELECTRONICS, INC., a California corporation,<br><br>Defendant. | Case No. C07-05795 JF<br><br>**DECLARATION OF JAMES LORO IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR ORDER OF WRIT OF ATTACHMENT**<br><br>Date:      February 8, 2008<br>Time:     9:00 a.m.<br>Judge:    Hon. Jeremy Fogel |

I, James Loro, declare as follows:

1. I am the President of Millennium Electronics, Inc., a California corporation ("MEI") who is a defendant in this action. I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief which I believe to be true. If called upon to do so, I could and would competently testify thereto.

2. The products in question were not timely shipped, thereby causing losses to MEI and to its customers.

3. Everflow is holding tooling that has been paid for and is refusing to either deliver such tooling or provide a credit for such tooling.

4. Everflow is making claims for product that was never shipped.

5. The amount that Plaintiffs allege they are owed in their APPLICATION FOR ORDER OF WRIT OF ATTACHMENT is incorrect.

6. Attached hereto as Exhibit A is a true and correct copy of the Accounts Payable Aged Invoice Report relating to this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 18, 2008 at _Morgan Hill_, California.

_____
James Loro

**EXHIBIT    A**

Case 5:07-cv-05795-JF   Document 10   Filed 01/18/2008   Page 3 of 4

| VENDOR/ INVOICE NO. | INVOICE DATE | DUE DATE | DSCNT | H L D | INVOICE BALANCE | DISCOUNT AMOUNT | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EVE0002 | EVERMODULE TECHNOLOGY CORP | | | | | | | | | | |
| DM-499 | 09/01/07 | 09/01 | | N | 584.60- | .00 | | | | | 584.60- |
| DM-507 | 11/07/07 | 12/22 | | N | 21,278.40- | .00 | | | 21,278.40- | | |
| DM-508 | 12/17/07 | 01/31 | | N | 1,243.80- | .00 | | 1,243.80- | | | |
| DM-510 | 12/31/07 | 02/14 | | N | 113,058.00- | .00 | 113,058.00- | | | | |
| EM070005 | 01/15/07 | 03/01 | | N | 6,041.80 | .00 | | | | | 6,041.80 |
| EM070008 | 01/18/07 | 03/04 | | N | 7,087.50 | .00 | | | | | 7,087.50 |
| EM070009 | 01/29/07 | 03/15 | | N | 21,754.00 | .00 | | | | | 21,754.00 |
| EM070010 | 01/29/07 | 03/15 | | N | 13,909.00 | .00 | | | | | 13,909.00 |
| EM070011 | 02/04/07 | 03/21 | | N | 46,368.00 | .00 | | | | | 46,368.00 |
| EM070017 | 02/13/07 | 03/30 | | N | 12,778.50 | .00 | | | | | 12,778.50 |
| EM070021 | 03/03/07 | 04/17 | | N | 47,817.00 | .00 | | | | | 47,817.00 |
| EM070023 | 03/10/07 | 04/24 | | N | 28,350.00 | .00 | | | | | 28,350.00 |
| EM070024 | 03/14/07 | 04/28 | | N | 65,572.50 | .00 | | | | | 65,572.50 |
| EM070025 | 03/14/07 | 04/28 | | N | 1,800.00 | .00 | | | | | 1,800.00 |
| EM070026 | 03/21/07 | 05/05 | | N | 45,159.00 | .00 | | | | | 45,159.00 |
| EM070027 | 03/21/07 | 05/05 | | N | 8,013.87 | .00 | | | | | 8,013.87 |
| EM070028 | 03/22/07 | 05/06 | | N | 16,027.74 | .00 | | | | | 16,027.74 |
| EM070029 | 03/27/07 | 05/11 | | N | 46,956.00 | .00 | | | | | 46,956.00 |
| EM070030 | 03/27/07 | 05/11 | | N | 3,827.52 | .00 | | | | | 3,827.52 |
| EM070031 | 03/31/07 | 05/15 | | N | 49,910.00 | .00 | | | | | 49,910.00 |
| EM070032 | 03/31/07 | 05/15 | | N | 12,359.70 | .00 | | | | | 12,359.70 |
| EM070033 | 03/31/07 | 05/15 | | N | 47,529.00 | .00 | | | | | 47,529.00 |
| EM070034 | 03/31/07 | 05/15 | | N | 4,664.79 | .00 | | | | | 4,664.79 |
| EM070036 | 04/13/07 | 05/28 | | N | 37,920.00 | .00 | | | | | 37,920.00 |
| EM070037 | 04/20/07 | 06/04 | | N | 50.00 | .00 | | | | | 50.00 |
| EM070038 | 04/28/07 | 06/12 | | N | 47,817.00 | .00 | | | | | 47,817.00 |
| EM070039 | 05/10/07 | 06/24 | | N | 16,905.00 | .00 | | | | | 16,905.00 |
| EM070040 | 05/28/07 | 07/12 | | N | 58,905.00 | .00 | | | | | 58,905.00 |
| EM070041 | 05/31/07 | 07/15 | | N | 17,300.00 | .00 | | | | | 17,300.00 |
| EM070042 | 06/02/07 | 07/17 | | N | 12,542.50 | .00 | | | | | 12,542.50 |
| EM070043 | 06/07/07 | 07/22 | | N | 88,422.00 | .00 | | | | | 88,422.00 |
| EM070044 | 06/09/07 | 07/24 | | N | 6,317.00 | .00 | | | | | 6,317.00 |
| EM070045 | 06/12/07 | 07/27 | | N | 32,361.00 | .00 | | | | | 32,361.00 |
| EM070046 | 06/14/07 | 07/29 | | N | 930.50 | .00 | | | | | 930.50 |
| EM070047 | 06/22/07 | 08/06 | | N | 59,082.00 | .00 | | | | | 59,082.00 |
| EM070048 | 06/22/07 | 08/06 | | N | 184.80 | .00 | | | | | 184.80 |
| EM070049 | 06/24/07 | 08/08 | | N | 24,150.00 | .00 | | | | | 24,150.00 |
| EM070050 | 06/30/07 | 08/14 | | N | 88,872.00 | .00 | | | | | 88,872.00 |
| EM070051 | 07/06/07 | 08/20 | | N | 78,842.00 | .00 | | | | | 78,842.00 |
| EM070052 | 07/12/07 | 08/26 | | N | 66,949.00 | .00 | | | | | 66,949.00 |
| EM070053 | 07/19/07 | 09/02 | | N | 58,121.00 | .00 | | | | | 58,121.00 |
| EM070055 | 08/09/07 | 09/23 | | N | 25,099.20 | .00 | | | | | 25,099.20 |
| EM070057 | 08/15/07 | 09/29 | | N | 18,960.00 | .00 | | | | | 18,960.00 |
| EM070058 | 08/16/07 | 09/30 | | N | 20,540.00 | .00 | | | | | 20,540.00 |
| EM070060 | 08/22/07 | 10/06 | | N | 39,500.00 | .00 | | | | | 39,500.00 |
| EM070061 | 08/31/07 | 10/15 | | N | 31,075.20 | .00 | | | | | 31,075.20 |
| EM070062 | 09/08/07 | 10/23 | | N | 37,920.00 | .00 | | | | | 37,920.00 |
| EM070063 | 09/10/07 | 10/25 | | N | 53,562.00 | .00 | | | | | 53,562.00 |
| EM070064 | 09/17/07 | 11/01 | | N | 2,054.00 | .00 | | | | | 2,054.00 |
| EM070065 | 09/26/07 | 11/10 | | N | 39,840.00 | .00 | | | | 39,840.00 | |
| EM070066 | 09/27/07 | 11/11 | | N | 35,656.80 | .00 | | | | 35,656.80 | |
| EM070067 | 09/28/07 | 11/12 | | N | 71,258.00 | .00 | | | | 71,258.00 | |
| VENDOR EVE0002 TOTALS: | | | | | 1420,897.12 | .00 | 113,058.00- | 1,243.80- | 21,278.40- | 146,754.80 | 1409,722.52 |
| REPORT TOTALS: | | | | | 1420,897.12 | .00 | 113,058.00- | 1,243.80- | 21,278.40- | 146,754.80 | 1409,722.52 |