UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EVERFLOW TECHNOLOGY CORP.

            Plaintiff(s),

    v.

MILLENIUM ELECTRONICS, INC.

            Defendant(s).
_____/

Case No. C07-05795 JF (HRLx)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/28/2008

                                          Peter Chiu
                                          [Party]

Dated: 1/25/2008

                                          [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF VENTURA

I, the undersigned, declare that I am a resident of the County of Ventura, State of California; I am over the age of 18 years and not a party to the within action; my business address is 215 E. Daily Drive, Suite 9, Camarillo, California 93010.

On **January 30, 2008**, I served the following document, **ADR CERTIFICATION BY PARTIES AND COUNSEL,** of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such address respectively as follows:

Mark R. Figueiredo, Esq.
Jonathan H. Van Ee, Esq.
STRUCTURE LAW GROUP, LLP
1754 Technology Dr, Suite 135
San Jose, CA  95110
(408) 441-7500
(408) 228-8787
mrf@structurelaw.com
jve@structurelaw.com

__x__ **(BY MAIL)**   I deposited such envelope in the mail at Camarillo, California. The envelope was mailed with postage thereon fully prepaid. Executed on **January 30, 2008.**

____ **(BY FACSIMILE)** In addition to regular mail, I sent this documents via facsimile to the above listed numbers.

____ **(BY PERSONAL SERVICE)** Such envelope was delivered by HAND DELIVERY to the office of the addressee. Executed on_____.

____ **(VIA CERTIFIED MAIL, RETURN RECEIPT)** Such envelope was delivered via certified mail, return receipt to all addressees listed on attached mailing list. Executed_____.

____ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__x__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare that I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

January 30, 2008, at Camarillo, California.

_____Scott Wintermute_____          _____
          (Print Name)                                  (Signature)