MARK FANG, ATTORNEY AT LAW, APC
Mark Fang, Esq.; SBN 199073
William G. Short, Esq.; SBN 132479
215 East Daily Dr., Suite 9
Camarillo, CA 93010
Telephone: (805) 383-2788
Facsimile: (805) 388-9488

Attorney for Plaintiff EVERFLOW
TECHNOLOGY CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>    Plaintiff,<br><br>vs.<br><br>MILLENNIUM ELECTRONICS, INC., a California corporation,<br><br>    Defendant. | Case No.: C 07-05795 JF (hrl)<br><br>NOTICE OF CORRECTED AND EXECUTED DECLARATION OF PETER CHIU (PREVIOUSLY FILED WITH REPLY BRIEF IN SUPPORT OF APPLICATION FOR ORDER FOR WRIT OF ATTACHMENT)<br><br>Date: February 8, 2008<br>Ctrm.: 3, Fifth Floor<br>Time: 9 a.m. |

PLEASE TAKE NOTICE THAT Plaintiff Everflow Technology Corporation (hereinafter "EVERFLOW") submits this signed copy of the Declaration of Peter Chiu as a substitute for the Declaration of Peter Chiu contained on page 6 of EVERFLOW's Reply Brief In Support of Application For Order of Writ of Attachment.

/ / / / /

/ / / / /

/ / / / /

---

1
**NOTICE OF CORRECTED AND EXECUTED DECLARATION OF PETER CHIU**

In addition to containing Mr. Chiu's signature, this Declaration has been corrected to properly identify and list the three invoices attached thereto as Exhibit L. The filed Declaration mis-numbered these invoices.

Dated: January 30, 2007

_____
MARK FANG

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF VENTURA

I, the undersigned, declare that I am a resident of the County of Ventura, State of California; I am over the age of 18 years and not a party to the within action; my business address is 215 E. Daily Drive, Suite 9, Camarillo, California 93010.

On **January 30, 2008**, I served the following document, **NOTICE OF CORRECTED AND EXECUTED DECLARATION OF PETER CHIU (PREVIOUSLY FILED WITH REPLY BRIEF IN SUPPORT OF APPLICATION FOR ORDER FOR WRIT OF ATTACHMENT)**, of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such address respectively as follows:

Mark R. Figueiredo, Esq.
Jonathan H. Van Ee, Esq.
STRUCTURE LAW GROUP, LLP
1754 Technology Dr, Suite 135
San Jose, CA  95110
(408) 441-7500
(408)228-8787
mrf@structurelaw.com
jve@structurelaw.com

\_x\_ **(BY MAIL)**   I deposited such envelope in the mail at Camarillo, California. The envelope was mailed with postage thereon fully prepaid. Executed on **January 30, 2008.**

\_\_\_ **(BY FACSIMILE)** In addition to regular mail, I sent this documents via facsimile to the above listed numbers.

\_\_\_ **(BY PERSONAL SERVICE)** Such envelope was delivered by HAND DELIVERY to the office of the addressee. Executed on_____.

\_\_\_ **(VIA CERTIFIED MAIL, RETURN RECEIPT)** Such envelope was delivered via certified mail, return receipt to all addressees listed on attached mailing list. Executed_____.

\_\_\_ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

\_x\_ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare that I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

January 30, 2008, at Camarillo, California.

| Scott Wintermute | |
|---|---|
| (Print Name) | (Signature) |