## DECLARATION OF PETER CHIU IN SUPPORT OF APPLICATION

1. I, Peter Chiu, am President of Everflow Technology Corporation (hereinafter "Everflow"), a Tawainese corporation located in Taipei, Taiwan, R.O.C..

2. Evermodule Technology Corp. is Everflow's sister sharing common ownership.

3. Since Invoice No. EM070033, Everflow has also listed the name of this sister company on Everflow's invoices to Millennium Electronics, Inc.

4. Attached as Exhibit L are true and correct copies of the last three invoices listed in Exhibit K and on Defendants one exhibit. These are invoices numbered EM070065, EM070066, and EM070067.

5. The amounts listed on the Defendant's exhibit are owed to Everflow.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if sworn as a witness I could competently testify to the facts stated herein.

Dated: January 28, 2008

_____
PETER CHIU