UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EVERFLOW TECHNOLOGY
CORPORATION,

            Plaintiff(s),

v.

MILLENIUM ELECTRONICS, INC.,

           Defendant(s).
_____/

CASE NO. C 07-05795 JF (HRLx)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
✓      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 4, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mark Fang, ESQ | Everflow Technology Corp. | (805) 383-2788 | MFang@markfangapc.com |
| Bill Short, ESQ | Everflow Technology Corp. | (805) 383-2788 | BShort@markfangapc.com |
| Mark R. Figueiredo, Esq. | Millenium Electronics, INC. | (408) 441-7500 | mrf@structurelaw.com |
| Jonathan H. Van Ee, Esq. | Millenium Electronics, INC. | (408) 441-7500 | jve@structurelaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Feb. 6, 2008

                                          Attorney for Plaintiff

Dated: Feb. 5, 2008

                                          Attorney for Defendant

Rev 12.05