## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 8, 2008
**Case Number:** CV-07-5795-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:         EVERFLOW TECHNOLOGY  V. MILLENIUM ELECTRONICS
                        PLAINTIFF                                DEFENDANT

**Attorneys Present: William Short**        **Attorneys Present: Mark Figueiredo**

---

PROCEEDINGS:

    Hearing on Motion for Writ of Attachment held.  Parties are present.  The motion is granted, without prejudice.  The Court shall issue a written order.