| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Mark Fang, Attorney at Law – SBN 199073<br>William G. Short, Esq. – SBN 132479<br>215 E Daily Dr, Suite 9<br>TELEPHONE NO.: Camarillo, CA 93010<br>E-MAIL ADDRESS *(Optional)*: 805-383-2788    FAX NO. *(Optional)*: 805-388-9488<br>ATTORNEY FOR *(Name)*: Everflow Technology Corporation | |

**UNITED STATES DISTRIT COURT, NORTHERN, DISTRICT OF CALIFORNIA**

| STREET ADDRESS:<br>MAILING ADDRESS: San Jose Courthouse - Courtroom 3, 5th Floor<br>CITY AND ZIP CODE: 280 S. 1st St.<br>BRANCH NAME: San Jose, CA 95113 |
|---|

PLAINTIFF: Everflow Technology Corporation

DEFENDANT: Millenium Electronics, Inc.

| **WRIT OF ATTACHMENT**<br>☒ AFTER HEARING    ☐ EX PARTE | CASE NUMBER:<br>07-05795-JF |
|---|---|

1. ☒ TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

2. ☐    To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☐    To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address): Millenium Electronics, Inc.
   90 Great Oaks Blvd, #107
   San Jose, CA 95119-1314
   and the attachment is to secure:   $ 1,894,176.27

5. Name and address of plaintiff: Everflow Technology Corporation – c/o Mark Fang, Attorney At Law, APC
   215 E Daily Dr., Suite 9
   Camarillo, CA 93010
   (805) 383-2788

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:

   ☒ This information is on an attached sheet.

7. ☐    An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. ☐    The real property on which the
   ☐ crops described in item 5 __ are growing
   ☐ timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

| [SEAL] | *Richard W. Wieking*<br>GORDANA MAGIC |
|---|---|
| | Date:  **FEB 2 1 2008**    Clerk, by _____ , Deputy |

| CV-4D (12/03)<br>(AT-135 [Rev. January 1, 2003]) | **WRIT OF ATTACHMENT**<br>**(Attachment)** | Code of Civ. Proc., § 488.010 |
|---|---|---|

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Everflow Technology Corporation v. Millenium Electronics, Inc. | C07 05795 JF |

1  WRIT OF ATTACHMENT for U.S. Marshals Service (continued):

2  Number 6:

3

4  Any and all property able to be levied by Code of Civil Procedure sections 488.315 (real property),
488.325 (crops, timber), 488.335 (tangible personal property defendant possess), 488.345 (tangible

5  personal property 3rd person possesses), 488.355 (personal property in officer's custody), 488.365 (in
bailee's possession), 488.375 (equipment of ongoing business), 488.385 (vehicle, vessel of business),

6  488.395 (farm products), 488.405 (farm products), 488.415 (personal property used as dwelling), 488.425

7  (vehicle, vessel), 488.435 (chattel paper), 488.440 (instruments), 488.445 (negotiable documents of title),
488.450 (security), 488.455 (deposit account), 488.460 (safe deposit box), 488.470 (account receivable),

8  488.475 (property subject of pending action), 488.480 (final money judgement), and 488.485 (interest in

9  estate).

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

27  This page may be used with any Judicial Council form or any other paper filed with the court.    Page _2_

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501
American LegalNet, Inc. | www.USCourtForms.com