UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, April 25, 2008
**Case Number:** CV-07-5795-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | EVERFLOW TECHNOLOGY | V. MILLENIUM ELECTRONICS |
|---|---|---|
| | PLAINTIFF | DEFENDANT |
| | **Attorneys Present:** Mark Fang | **Attorneys Present:** Jonathan Van Ee |

PROCEEDINGS:

Case management conference held. Parties are present. The case is referred to court mediation. Continued to 7/18/08 at 10:30 a.m. for further case management conference.