# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Everflow Technology Corporation,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Millenium Electronics, Inc.,<br><br>　　　　　Defendant(s). | 07-05795 JF MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　　　**Daniel Bowling**
　　　　　　US District Court - ADR Unit
　　　　　　450 Golden Gate Ave., 16th Fl.
　　　　　　San Francisco, CA 94102
　　　　　　415-522-2022
　　　　　　Daniel_Bowling@cand.uscourts.gov

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05795 JF MED　　　　　　　　　　- 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: May 9, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov