MARK FANG, ATTORNEY AT LAW, APC
Mark Fang, Esq.; SBN 199073
William G. Short, Esq.; SBN 132479
215 East Daily Dr., Suite 9
Camarillo, CA 93010
Telephone: (805) 383-2788
Facsimile: (805) 388-9488

Attorney for Plaintiff EVERFLOW
TECHNOLOGY CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM ELECTRONICS, INC., a California corporation,<br><br>Defendant. | Case No.: C 07-05795 JF (HRLx)<br><br>**PLAINTIFF'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br>**Date: July 18, 2008**<br>**Ctrm.: 2, Fifth Floor SJ**<br>**Time: 10:30 a.m.** |

Plaintiff Everflow Technology Corporation (**"Everflow"**) hereby submits its Supplemental Case Management Statement. Everflow joins Defendant Millennium's Case Management Statement filed electronically on July 16, 2008.

Everflow further advises the Court regarding developments in this case since the last Case Management Conference as follows:

The parties have been engaged in several sessions of telephonic conference to resolve this dispute with Daniel Bowling of the ADR Program Office. The parties presently are working towards a "Stipulated Judgment" as a means of resolving this lawsuit. The parties have a further teleconference with Mr. Bowling set for July 16, 2008 at 3:30 p.m. Plaintiff Everflow claims approximately $2.2 million in the subject lawsuit, whereas Defendant Millennium claims it owes

---

1
PLAINTIFF EVERFLOW'S SUPPLEMENTAL
CASE MANAGEMENT STATEMENT

1  approximately $1.4 million.  Documents have been exchanged to resolve the $800,000.00
2  discrepancy and progress is anticipated given the opportunity and time.
3      Plaintiff Everflow agrees that in light of the progress made in mediation, the previously
4  scheduled discovery deadline, along with the applicable trial dates should be extended.  Everflow
5  suggests extending all existing deadlines by 90 days to accommodate the productive dialogue being
6  facilitated by the Court ADR Office.
7      The electronic filer attests that the individual whose name appears below has signed this
8  document. See N.D. Cal. General Order 45, Section X.

10 Dated: July 16, 2008
11 MARK FANG, ATTORNEY AT LAW, APC
12 By: / s /
13 William G. Short
   Attorneys for Plaintiff
14 EVERFLOW TECHNOLOGY CORPORATION

---

2
PLAINTIFF EVERFLOW'S SUPPLEMENTAL
CASE MANAGEMENT STATEMENT