1  **Kevin R. Martin, SBN 176853**
   **RANDICK O'DEA & TOOLIATOS, LLP**
2  5000 Hopyard Road, Suite 400
   Pleasanton, California   94588
3  Telephone:      (925) 460-3700
   Facsimile:      (925) 460-0969
4  Email:          kmartin@randicklaw.com

5  Attorneys Jamel Enterprises, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM ELECTRONICS, INC., a California corporation,<br><br>Defendant. | Case No.: C07-05795-JF (HRL)<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER QUASHING SUBPOENA AND FOR EXPENSES OF MOTION**<br><br>*F.R.C.P. 45(c)*<br><br>Date:        September 23, 2008<br>Time:        10:00 a.m.<br>Magistrate:  Howard R. Lloyd |

         To Plaintiff EVERFLOW TECHNOLOGY CORPORATION ("EVERFLOW") and to

Mark Fang, Esq., its attorney of record:

         NOTICE IS HEREBY GIVEN that, on September 23, 2008, at 10:00 a.m., or as soon

thereafter as the matter may be heard, in Courtroom 2, 5th Floor, of this court located at 280

South 1st Street, San Jose, California, Jamel Enterprises, LLC (hereinafter "JAMEL") will, and

hereby does, move for an order quashing the subpoena issued and served on Heritage Bank of

Commerce, Inc., the custodian of records, requiring the production of confidential financial

records.  JAMEL will also move for an order requiring Plaintiff EVERFLOW to pay JAMEL the

1  reasonable expenses of making the motion, including reasonable attorney's fees.

2      The motion will be made on the grounds that the subpoena places an undue burden on
3  JAMEL, and requests documents that are irrelevant and unnecessary to the parties claims or
4  defenses.  *See* Federal Rules of Civil Procedure 45(c).

5      The motion will be based on this Notice of Motion, on the Declaration of Kevin R.
6  Martin and the Memorandum of Points and Authorities served and filed herewith, on the papers
7  and records on file herein, and on such oral and documentary evidence as may be presented on
8  the hearing of the motion.

9

10 Date:   August 13, 2008                         RANDICK O'DEA & TOOLIATOS, LLP

11

12                                                By:    / s /  _____
                                                         Kevin R. Martin
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY ELECTRONIC FILING SYSTEM**

I, Christi Raimondi, declare:

I am employed in Alameda County, State of California, am over the age of eighteen years, and not a party to the within action. My business address is 5000 Hopyard Road, Suite 400, Pleasanton, California 94588. On the date set forth below, I served the within:

**NOTICE OF MOTION AND MOTION FOR AN ORDER QUASHING SUBPOENA AND FOR EXPENSES OF MOTION**

electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark M. Fang, Esq.
Mark Fang Attorney at Law, APC
MFang@MarkFangAPC.com
Attorney for Plaintiff Everflow Technology Corporation

Mark Figueiredo, Esq.
Structure Law Group, LLC
mrf@structurelaw.com
Attorney for Defendant Millenium Electronics, Inc.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 13, 2008, at Pleasanton, California.

                                                / s /
                                         Christi Raimondi