1  Kevin R. Martin, SBN 176853
   **RANDICK O'DEA & TOOLIATOS, LLP**
2  5000 Hopyard Road, Suite 400
   Pleasanton, California   94588
3  Telephone:     (925) 460-3700
   Facsimile:      (925) 460-0969
4  Email:            kmartin@randicklaw.com

5  Attorneys Jamel Enterprises, LLC

6

7
                      UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 | EVERFLOW TECHNOLOGY          | Case No.: C07-05795-JF (HRL)
   | CORPORATION, incorporated under |
12 | the laws of the Republic of China | [PROPOSED] **ORDER QUASHING**
   | (Taiwan),                    | **SUBPOENA AND GRANTING EXPENSES**
13 |                              | **OF MOTION**
   |             Plaintiff,       |
14 |                              | *F.R.C.P. 45(c)*
   |     vs.                      |
15 |                              | Date:       September 23, 2008
   | MILLENNIUM ELECTRONICS,      | Time:       10:00 a.m.
16 | INC., a California corporation, | Magistrate: Howard R. Lloyd
   |                              |
17 |             Defendant.       |

18

19
        The motion of Jamel Enterprises, Inc. ("JAMEL") for an order quashing subpoena of
20
   Plaintiff EVERFLOW TECHNOLOGY CORPORATION ("EVERFLOW") and granting
21
   expenses pursuant to Federal Rule of Civil Procedure Section 45(c), came on regularly for
22
   hearing by the court on September 13, 2008 at 10:00 a.m., in Courtroom 2 of the above-
23
   referenced court.  JAMEL appeared by counsel Kevin R. Martin; Plaintiff appeared by counsel
24
   Mark M. Fang.
25
        Having reviewed the motion, the supporting papers and any opposition thereto, and on
26
   proof made to the satisfaction of the court:
27
        IT IS ORDERED that the motion be, and it hereby is, granted in favor of JAMEL and
28

1  that JAMEL is awarded the sum of $_____ for its attorney's fees and
2  expenses, and Plaintiff's attorney, Mark M. Fang, is ordered to pay JAMEL this sum within
3  _____ days of this Order.
4
5  Date:   September ___, 2008
6
7                                                          By:  _____
                                                                **Magistrate Howard R. Lloyd**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
179103.doc