1  **Kevin R. Martin, SBN 176853**
   **RANDICK O'DEA & TOOLIATOS, LLP**
2  5000 Hopyard Road, Suite 400
   Pleasanton, California  94588
3  Telephone:     (925) 460-3700
   Facsimile:     (925) 460-0969
4  Email:         kmartin@randicklaw.com

5  Attorneys for Jamel Enterprises, LLC, Millennium International,
   Loroco Sales, Inc., James Loro, Melva Loro and Nadine Loro
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan), | Case No.:  C07-05795-JF (HRL) |
13 | | **[PROPOSED] ORDER QUASHING SUBPOENA AND GRANTING EXPENSES OF MOTION** |
14 | Plaintiff, | |
15 | vs. | *F.R.C.P. 45(c)* |
16 | MILLENNIUM ELECTRONICS, INC., a California corporation, | Date:     September 23, 2008
   Time:     10:00 a.m.
   Magistrate: Howard R. Lloyd |
17 | | |
18 | Defendant. | |

19

20     The motion of Jamel Enterprises, LLC, Millennium International, Loroco Sales, Inc.,

21 James Loro, Melva Loro and Nadine Loro ("MOVING PARTIES") for an order quashing

22 subpoena of Plaintiff Everflow Technology Corporation ("EVERFLOW") and granting expenses

23 pursuant to Federal Rule of Civil Procedure Section 45(c), came on regularly for hearing by the

24 court on September 13, 2008 at 10:00 a.m., in Courtroom 2 of the above-referenced court.  The

25 MOVING PARTIES appeared by counsel Kevin R. Martin; Plaintiff appeared by counsel Mark

26 M. Fang.

27 / / /

28

1	Having reviewed the motion, the supporting papers and any opposition thereto, and on
2	proof made to the satisfaction of the court:
3	IT IS ORDERED that the motion be, and it hereby is, granted in favor of Jamel
4	Enterprises, LLC, Millennium International, Loroco Sales, Inc., James Loro, Melva Loro and
5	Nadine Loro quashing the subpoena served on County Bank, Inc., dated 7/31/2008, and that
6	MOVING PARTIES are awarded the sum of $_____ for its attorney's fees
7	and expenses, and Plaintiff's attorney, Mark M. Fang, is ordered to pay MOVING PARTIES this
8	sum within _____ days of this Order.

10	Date:   September ___, 2008

12	                                    By:  _____
                                                 Magistrate Howard R. Lloyd

2

[PROPOSED] ORDER GRANTING MOTION TO QUASH
SUBPOENA AND GRANTING EXPENSES OF MOTION
USDC ND CASE NO.:  C07-05795-JF (HRL)
179103_2.doc