**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>EVERFLOW TECHNOLOGY CORPORATION | COURT CASE NUMBER<br>07-05795 JF |
| DEFENDANT<br>MILLENIUM ELECTRONICS, INC. | TYPE OF PROCESS<br>Writ of Attachment |

**FILED**
2008 AUG 18 A 9:37
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Heritage Bank of Commerce
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
150 Almaden Blvd., San Jose, CA 95113

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Fang Attorney at Law, APC
215 East Daily Drive, Suite 9
Camarillo, CA 93010

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

See attached.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(805) 383-2788 | DATE<br>2/25/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/6/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee<br>45.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>45.00 | Advance Deposits<br>45.00 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>0 |
|---|---|---|---|---|---|

REMARKS: 3/6/08 - RH. 3/7/08 - Writ of Attachment Served, by RPL

| | |
|---|---|
| PRIOR EDITIONS MAY BE USED **PRINT 5 COPIES:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT |

FORM USM-285
Rev. 12/15/80
Automated 01/00

Attachment to PROCESS RECEIPT AND RETURN
<u>Everflow Technology Corp. v. Millennium Electronics, Inc.</u>

**Heritage Bank of Commerce**

<u>Please authorize the attachment on the following:</u>

1. Pursuant to C.C.P. §§ 488.455 and 488.460, all accounts of the Defendant MILLENIUM ELECTRONICS, INC., at the Heritage Bank of Commerce located at 150 Almaden Blvd., San Jose, CA 95113, including but not limited to all checking and savings accounts (including accounts 121142287 and 1566967).

2. You are authorized to attach sums up to the amount of the Attachment, $1,894,176.27.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): <br>Mark Fang, Esq. SBN 199073 <br>Mark Fang Attorney at Law, APC <br>215 East Daily Drive, Suite 9 <br>Camarillo, CA 93010 <br>TELEPHONE AND FAX NOS.: (805) 383-2788 <br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY:
STREET ADDRESS: United States District Court,
MAILING ADDRESS: Northern District of California
CITY AND ZIP CODE: 280 S. First Street
BRANCH NAME: San Francisco, CA 95113

SHORT TITLE OF CASE:
Everflow Technology Corporation vs. Millenium Electronics, Inc.

## DECLARATION OF SERVICE

CASE NUMBER: C 07 05795 HJF

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the (specify documents):
Writ of Attachment; Order Granting Plaintiff's Application for Order of Writ of Attachment; Notice of Attachment; Memorandum of Garnishee

2. a. Party served (specify name of party as shown on the documents served):
Heritage Bank of Commerce

   b. Person served: ☐ party in item 2a  ☒ other (specify name and title or relationship to the party named in item 2a):
   Angela Keelton, Utility Representative

   c. Address (specify): Heritage Bank of Commerce
   150 Almaden Boulevard
   San Jose, CA 95113

3. I served the party named in item 2
   a. ☒ by personally delivering the copies (1) on (date): March 7, 2008  (2) at (time): 9:20 am
   b. ☐ by leaving the copies with or in the presence of (name and title or relationship to person indicated in item 2b):
      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
      (3) on (date):       (4) at (time):
   c. ☐ by causing copies to be mailed. A declaration of mailing is attached.

4. a. Person serving (name, address, and telephone number):
   Mario Montes
   Knox Services
   1155 N. First Street, Suite 100
   San Jose, CA 95112
   (408) 293-9004

   b. Fee for service: $ 125.00
   c. ☐ Not a registered California process server.
   d. ☐ Exempt from registration under Business & Professions Code, § 22350(b).
   e. ☒ Registered California process server.
      (1) ☒ Employee or independent contractor
      (2) Registration No. (specify): 2006-005
      (3) County (specify): Yolo
      (4) Expiration (date): -

5. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 7, 2008

▶ (SIGNATURE)

DECLARATION OF SERVICE

NONJC-004
Martin Dean's Essential Forms TM

0405890-01