USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION | 07-05795-JF |
| DEFENDANT | TYPE OF PROCESS |
| MILLENIUM ELECTRONICS, INC. | Writ of Attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hewlet-Packard Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3000 Hanover St, Palo Alto, CA 94304

FILED
2008 AUG 18 A 9:37
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Fang, Attorney At Law, APC
215 E Daily Dr
Camarillo, CA 93010

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

See attached.

RECEIVED
UNITED STATES MARSHAL
NORTHERN DISTRICT OF CALIFORNIA
APR -1 AM 10: 24

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (805) 383-2788
DATE: 3/12/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 4/1/08 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | [ ] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | | | 45.00 | | $0.00 |

REMARKS: 4/1/08 RPS. 4/3/08 - Served Writ of Attachment, Order, Notice and MOG by RPS

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

6 OF 8

Attachment to PROCESS RECEIPT AND RETURN
Everflow Technology Corp. v. Millennium Electronics, Inc.

**Please authorize the attachment of the following pursuant to C.C.P.§ 488.070(a), for sums up to the amount of the Attachment on file, $1,894,176.27:**

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Microsoft Corporation**, c/o CSC – Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Celestica Corporation**, c/o CSC – Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Advanced Micro Devices, Inc.**, One AMD Place, Sunnyvale, CA 94088.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Palm, Inc.**, 950 W. Maude Avenue, Sunnyvale, CA 94085.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Apple Computer, Inc.**, 1 Infinite Loop, Cupertino, CA 95014.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Hewlet-Packard Company**, 3000 Hanover Street, Palo Alto, CA 94304.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Sun Microsystems, Inc.**, 4150 Network Circle, Santa Clara, CA 95054.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Flextronics International**, 2090 Fortune Drive, San Jose, CA 95131.

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address)*:<br>Mark Fang, Esq. SBN 199073<br>Mark Fang Attorney at Law, APC<br>215 East Daily Drive, Suite 9<br>Camarillo, CA 93010<br>**TELEPHONE AND FAX NOS**: (805) 383-2788<br>**ATTORNEY FOR** *(Name)*: Plaintiff | **FOR COURT USE ONLY**<br>RECEIVED UNITED STATES MARSHAL<br>08 APR -7 AM 11:11<br>NORTHERN DISTRICT OF CALIFORNIA |

**NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY:**
STREET ADDRESS: United States District Court,
MAILING ADDRESS: Northern District of California
CITY AND ZIP CODE: 280 S. First Street
BRANCH NAME: San Francisco, CA 95113

**SHORT TITLE OF CASE:**
Everflow Technology Corporation vs. Millenium Electronics, Inc.

| | |
|---|---|
| **DECLARATION OF SERVICE** | **CASE NUMBER:** C 07 05795 HJF |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents)*:
   Writ of Attachment; Order Granting Plaintiff's Application for Order of Writ of Attachment; Notice of Attachment; Memorandum of Garnishee

2. a. Party served *(specify name of party as shown on the documents served)*:
   Hewlet-Packard Company

   b. Person served: ☐ party in item 2a  ☒ other *(specify name and title or relationship to the party named in item 2a)*:
   Velda Saldana, Legal Records

   c. Address *(specify)*: Hewlet-Packard Company
   3000 Hanover Street
   Palo Alto, CA 94304

3. I served the party named in item 2
   a. ☒ **by personally delivering** the copies  (1) on *(date)*: April 3, 2008  (2) at *(time)*: 11:05 am
   b. ☐ **by leaving** the copies with or in the presence of *(name and title or relationship to person indicated in item 2b)*:
   
   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (3) on *(date)*:  (4) at *(time)*:
   
   c. ☐ **by causing copies to be mailed.** A declaration of mailing is attached.

4. a. **Person serving** *(name, address, and telephone number)*:
   Sukjit Singh
   Knox Services
   1155 N. First Street, Suite 100
   San Jose, CA 95112
   (408) 293-9004

   b. **Fee** for service: $ 125.00
   c. ☐ Not a registered California process server.
   d. ☐ Exempt from registration under Business & Professions Code, § 22350(b).
   e. ☒ Registered California process server.
     (1) ☒ Employee or independent contractor
     (2) Registration No. *(specify)*: 1105
     (3) County *(specify)*: Santa Clara
     (4) Expiration *(date)*: -

5. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 3, 2008

▶ *(signature)* Sukjit Singh
(SIGNATURE)

NONJC-004
Martin Dean's Essential Forms ™

**DECLARATION OF SERVICE**

0409252-06