**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF EVERFLOW TECHNOLOGY CORPORATION | COURT CASE NUMBER 07-05795 |
|---|---|
| DEFENDANT MILLENIUM ELECTRONICS, INC. | TYPE OF PROCESS Writ of Attachment |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Palm, Inc. |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 950 W. Maude Ave, Sunnyvale, CA 94085 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Mark Fang, Attorney At Law, APC 215 E Daily Dr Camarillo, CA 93010 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):*

Fold

See attached.

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (805) 383-2788 | DATE 3/12/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process *1* | District of Origin No. *11* | District to Serve No. *11* | Signature of Authorized USMS Deputy or Clerk | Date 04/01/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $0.00 |

REMARKS: 4/1/08 RPS. 4/2/08, served Writ of Attachment, Order, Notice & MOG by RPS.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

3 of 8

Attachment to PROCESS RECEIPT AND RETURN
Everflow Technology Corp. v. Millennium Electronics, Inc.

**Please authorize the attachment of the following pursuant to C.C.P.§ 488.070(a), for sums up to the amount of the Attachment on file, $1,894,176.27:**

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Microsoft Corporation**, c/o CSC – Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Celestica Corporation**, c/o CSC – Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Advanced Micro Devices, Inc.**, One AMD Place, Sunnyvale, CA 94088.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Palm, Inc.**, 950 W. Maude Avenue, Sunnyvale, CA 94085.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Apple Computer, Inc.**, 1 Infinite Loop, Cupertino, CA 95014.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Hewlet-Packard Company**, 3000 Hanover Street, Palo Alto, CA 94304.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Sun Microsystems, Inc.**, 4150 Network Circle, Santa Clara, CA 95054.

All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Flextronics International**, 2090 Fortune Drive, San Jose, CA 95131.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)* : | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Mark Fang, Esq. SBN 199073<br>Mark Fang Attorney at Law, APC<br>215 East Daily Drive, Suite 9<br>Camarillo, CA 93010 | (805) 383-2788 | RECEIVED<br>UNITED STATES MARSHAL<br>08 APR -7 AM 11:12<br>NORTHERN DISTRICT<br>OF CALIFORNIA |
| ATTORNEY FOR *(Name)* Plaintiff | | |

| NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY: |
|---|
| STREET ADDRESS: United States District Court, |
| MAILING ADDRESS: Northern District of California |
| CITY AND ZIP CODE: 280 S. First Street |
| BRANCH NAME: San Francisco, CA 95113 |

| SHORT TITLE OF CASE: |
|---|
| Everflow Technology Corporation vs. Millenium Electronics, Inc. |

| **DECLARATION OF SERVICE** | CASE NUMBER:<br>C 07 05795 HJF |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents)* :
   Writ of Attachment; Order Granting Plaintiff's Application for Order of Writ of Attachment; Notice of Attachment; Memorandum of Garnishee

2. a. Party served *(specify name of party as shown on the documents served)* :
   Palm, Inc.

   b. Person served: ☐ party in item 2a ☒ other *(specify name and title or relationship to the party named in item 2a)* :
   Brenda Triplett, Administrative Assistant

   c. Address *(specify)* : Palm, Inc.
   950 W. Maude Avenue
   Sunnyvale, CA 94085

3. I served the party named in item 2
   a. ☒ **by personally delivering** the copies   (1) on *(date)* : April 3, 2008   (2) at *(time)* : 10:05 am
   b. ☐ **by leaving** the copies with or in the presence of *(name and title or relationship to person indicated in item 2b)* :

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (3) on *(date)* :                              (4) at *(time)* :

   c. ☐ **by causing copies to be mailed.** A declaration of mailing is attached.

4. a. **Person serving** *(name, address, and telephone number)* :
   Sukjit Singh
   Knox Services
   1155 N. First Street, Suite 100
   San Jose, CA 95112
   (408) 293-9004

   b. **Fee** for service: $         125.00
   c. ☐ Not a registered California process server.
   d. ☐ Exempt from registration under Business & Professions Code, § 22350(b).
   e. ☒ Registered California process server.
      (1) ☒ Employee or independent contractor
      (2) Registration No. *(specify)* : 1105
      (3) County *(specify)* : Santa Clara
      (4) Expiration *(date)* : –

5. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 3, 2008

▶ *(SIGNATURE)*

**DECLARATION OF SERVICE**

0409252-04