USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>EVERFLOW TECHNOLOGY CORPORATION | COURT CASE NUMBER<br>07-05795-JF |
| DEFENDANT<br>MILLENIUM ELECTRONICS, INC. | TYPE OF PROCESS<br>Writ of Attachment |

**FILED** 2008 AUG 18 A 9:37 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sun Microsystems, Inc.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4150 Network Circle, Santa Clara, CA 95054

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Fang, Attorney At Law, APC
215 E Daily Dr
Camarillo, CA 93010

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

RECEIVED 09 APR -1 AM 10:28 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

See attached.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (805) 383-2788
DATE: 3/12/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>04/01/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date  Time  ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | | | $45.00 = 360.00 | $45.00 × 8 W.o.A | $0.00 |

REMARKS: 4/1/08 RPS. 4/7/08, Rec'd Non-Service Return by RPS (See Attached)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

1 of 8

Attachment to PROCESS RECEIPT AND RETURN
Everflow Technology Corp. v. Millennium Electronics, Inc.

**Please authorize the attachment of the following pursuant to C.C.P.§ 488.070(a), for sums up to the amount of the Attachment on file, $1,894,176.27:**

    All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Microsoft Corporation**, c/o CSC – Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

    All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Celestica Corporation**, c/o CSC – Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833.

    All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Advanced Micro Devices, Inc.**, One AMD Place, Sunnyvale, CA 94088.

    All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Palm, Inc.**, 950 W. Maude Avenue, Sunnyvale, CA 94085.

    All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Apple Computer, Inc.**, 1 Infinite Loop, Cupertino, CA 95014.

    All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Hewlet-Packard Company**, 3000 Hanover Street, Palo Alto, CA 94304.

    All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Sun Microsystems, Inc.**, 4150 Network Circle, Santa Clara, CA 95054.

    All accounts receivable of the Defendant MILLENNIUM ELECTRONICS, INC., 671 Brokaw Road, San Jose, **by serving account debtor Flextronics International**, 2090 Fortune Drive, San Jose, CA 95131.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Mark Fang, Esq. SBN 199073<br>Mark Fang Attorney at Law, APC<br>215 East Daily Drive, Suite 9<br>Camarillo, CA 93010 | (805) 383-2788 | |
| ATTORNEY FOR (Name): Plaintiff | | |

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY:
STREET ADDRESS: United States District Court,
MAILING ADDRESS: Northern District of California
CITY AND ZIP CODE: 280 S. First Street
BRANCH NAME: San Francisco, CA 95113

SHORT TITLE OF CASE:
Everflow Technology Corporation vs. Millenium Electronics, Inc.

| NOT FOUND OR NO SERVICE RETURN | CASE NUMBER:<br>C 07 05795 HJF |
|---|---|

I, the undersigned, am and was, on the dates herein mentioned, over the age of eighteen years and not a party to this action. I received the within process on: March 26, 2008

and that, after due search, careful inquiry, and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the within named
Sun Microsystems, Inc.

at: Sun Microsystems, Inc.
4150 Network Circle
Santa Clara, CA 95054

**PROCESS IS BEING RETURNED WITHOUT SERVICE FOR THE FOLLOWING REASONS:**

**Not Found:**
☐ Moved, forwarding address unknown.
☐ Unknown at address.
☒ Incorrect place for service.
☐ No such address.
☐ Other reasons.

**No Service:**
☐ Party is apparently evading service.
☐ Party could not be served within the prescribed time before hearing date.
☐ Other reasons.

04-03-08 at 9:30 am All legal documents need to be served at 10 Network Circle, Menlo Park, CA 94025

**Cancellation:** ☐ Before trip made (no fee charged)    ☐ After trip made (fee charged)

**Person serving** (name, address, and telephone number):
Sukjit Singh
Knox Services
1155 N. First Street, Suite 100
San Jose, CA 95112
(408) 293-9004

**Fee** for service: $ 125.00
☐ Not a registered California process server.
☐ Exempt from registration under Business & Professions Code, § 22350(b).
☒ Registered California process server.
  (1) ☒ Employee or independent contractor
  (2) Registration No. (specify): 1105
  (3) County (specify): Santa Clara
  (4) Expiration (date): -

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 3, 2008

(SIGNATURE)

NONJC-006
Martin Dean's Essential Forms ™

NOT FOUND OR NO SERVICE RETURN

0409252-07