**Kevin R. Martin, SBN 176853**
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California   94588
Telephone:     (925) 460-3700
Facsimile:      (925) 460-0969
Email:           kmartin@randicklaw.com

Attorneys for Jamel Enterprises, LLC, Millennium International, Loroco Sales, Inc., James Loro, Melva Loro and Nadine Loro

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION, incorporated under the laws of the Republic of China (Taiwan),<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MILLENNIUM ELECTRONICS, INC., a California corporation,<br><br>　　　　　　　　Defendant. | Case No.:  C07-05795-JF (HRL)<br><br>**STIPULATED MOTION TO CONTINUE THE HEARING DATE FOR THE MOTIONS TO QUASH SUBPOENAS AND PROPOSED ORDER**<br><br>Date:          October 28, 2008<br>Time:          10:00 a.m.<br>Magistrate:  Howard R. Lloyd |

## STIPULATION TO CONTINUE BRIEFING AND REMEDIES HEARING

WHEREAS, on September 9, 2008, counsel for the parties met and conferred regarding the hearing date for the Motions to Quash Subpoenas to County Bank, Inc. and Heritage Bank of Commerce, Inc. (hereinafter the "Motions") filed by Jamel Enterprises, LLC, Millennium International, Loroco Sales, Inc., James Loro, Melva Loro and Nadine Loro (hereinafter "Moving Parties");

WHEREAS, counsel for the parties agreed to continue the hearing date for the Motions to October 28, 2008 to allow Defendant Millennium Electronics, Inc. time to file a Motion to

1

STIPULATED MOTIONS TO CONTINUE THE HEARING DATE FOR THE MOTION TO QUASH SUBPOENAS AND PROPOSED ORDER
CASE NO.:  C07-05795-JF (HRL)

181283.doc

1 | Amend its Answer; and

2 | WHEREAS, in light of that pending motion, counsel for the parties agreed that the

3 | Motions hearing should be continued to October 28, 2008 at 10:00 a.m.

4 | IT IS SO STIPULATED:

Date: September 10, 2008          RANDICK O'DEA & TOOLIATOS, LLP

By:   */ Kevin R. Martin /*
     Kevin R. Martin, Esq.
     Attorneys for Jamel Enterprises, LLC,
     Millennium International, Loroco
     Sales, Inc., James Loro, Melva Loro
     and Nadine Loro

Date: September 10, 2008          MARK FANG ATTORNEY AT LAW, APC

By:   */ Mark Fang /*
     Mark Fang, Esq.
     Attorney for Plaintiff Everflow
     Technology Corporation

2

STIPULATED MOTIONS TO CONTINUE THE HEARING DATE FOR THE MOTION TO QUASH
SUBPOENAS AND PROPOSED ORDER
CASE NO.: C07-05795-JF (HRL)

181283.doc

**ORDER CONTINUING HEARING DATE
FOR MOTIONS TO QUASH SUBPOENAS**

Based upon the foregoing Stipulation, and its own availability, the Court hereby continues the hearing date for the Motions to Quash Subpoenas to County Bank, Inc. and Heritage Bank of Commerce, Inc. from September 23, 2008 to **October 28, 2008** at **10:00 a.m.**

IT IS SO ORDERED

Dated: September \_\_, 2008

By: _____
   Howard R. Lloyd, Magistrate
   UNITED STATES DISTRICT COURT

STIPULATED MOTIONS TO CONTINUE THE HEARING DATE FOR THE MOTION TO QUASH
SUBPOENAS AND PROPOSED ORDER
CASE NO.: C07-05795-JF (HRL)

181283.doc

3