**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVERFLOW TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MILLENNIUM ELECTRONICS, INC., a California corporation; LOROCO SALES INCORPORATED, a California corporation; JAMEL ENTERPRISES, a California limited liability corporation company dba Millennium Advanced Solutions; PERALTA INVESTMENT GROUP, LLC, form unknown; JAMES E. LORO; MELVA LORO; and NADENE LORO SNAPP;<br><br>Defendants.<br>_____/ | No. C07-05795 JF (HRL)<br><br>**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE AS MOOT**<br><br>**[Re: Docket No. 190]** |

This court vacated the November 3, 2009 hearing for the individual defendants' Motion to Quash and for a Protective Order. Accordingly, plaintiff's counsel's request to appear by telephone at the hearing is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: October 27, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 07-05795 Notice will be electronically mailed to:**

James Loro        j4ldef@yahoo.com
Mark M Fang, Esq  MFang@MarkFangAPC.com, Bshort@MarkFangAPC.com
Melva Loro        j4ldef@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**